

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN -2 P 1: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FRONTIER FISHING CORP.<br>Plaintiff,<br><br>v.<br><br>DONALD EVANS, Secretary of the<br>UNITED STATES DEPARTMENT OF<br>COMMERCE; AND CONRAD C.<br>LAUTENBACHER, JR., UNDER<br>SECRETARY FOR OCEANS AND<br>ATMOSPHERE/ADMINISTRATOR AND<br>DEPUTY UNDER SECRETARY<br><br>Defendants. | CIVIL ACTION<br>NO.:<br><br>04␣11171␣DPW<br><br>MAGISTRATE JUDGE _____ |

## PLAINTIFF'S COMPLAINT
### PARTIES

1. Plaintiff, Frontier Fishing Corp., is a registered corporation of the Commonwealth of Massachusetts located at 133 McArthur Drive, New Bedford, MA. It is owner of a United States commercial fishing vessel, the F/V SETTLER.

2. Defendant Donald Evans is Secretary of Commerce and is charged by the Magnuson Stevens Fishery Conservation and Management Act, 16 USC sec. 1681, et seq., ("FCMA") with carrying out the provisions of that statute, including promulgation and enforcement of regulations to implement the Northeast Multispecies Fishery management Plan. ("NMFMP")

3. Defendant Conrad C. Lautenbacher is the Under Secretary for Oceans and Atmosphere/Administrator and Deputy Under Secretary.

### JURISDICTION AND VENUE

4. The actions of Defendants are reviewable under § 1855 of the Fishery Conservation and Management Act ("FCMA," 16 U.S.C. § 1801, et seq.); and the Administrative Procedure

Act, 5 U.S.C. § 551, et seq., and § 701, et seq. This court has jurisdiction of this action pursuant to those statutes and 28 U.S.C. §§ 1331, 1346, 2201 and 2202.

5. Venue is proper in this court because the plaintiff resides in Massachusetts, the plaintiff is a Massachusetts corporation, and the offices of the Defendants are located in various cities in Massachusetts.

## FACTS

6. Frontier Fishing Corp. is the owner of the F/V SETTLER, a scalloper.

7. On or about February 28, 2000, Frontier Fishing Corp. was charged with fishing within a restricted gear area and assessed an initial penalty of $10,000 in addition to a 30-day suspension of its scallop days-at-sea allocation. On or about August 5, 2003, an administrative law judge issued a decision and order upholding the agency's initial determination, and assessed a civil penalty of $35,000 in addition to a 30-day suspension of its scallop days-at-sea allocation. A copy of the decision is annexed hereto.

8. Frontier Fishing Corp. sought discretionary review by the NOAA administrator which was denied, copy annexed hereto, and now brings this appeal from his decision, and permit sanction to challenge the findings of the judge, and the implementation of the fine.

## FIRST CLAIM FOR RELIEF

## VIOLATIONS OF THE ADMINISTRATIVE PROCEDURES ACT
## APPEAL OF AGENCY ACTION

9. The allegations of paragraphs 1 through 8 are incorporated by reference.

10. Defendants' actions in finding a violation of the regulation and imposition of fines and sanctions were not supported by substantial evidence in the record, were arbitrary,

capricious, unreasonable, and were unnecessary to effectuation of a legitimate public purpose, and were in violation of law.

### **RELIEF REQUESTED**

Plaintiff respectfully requests that the Court enter judgment against the defendants as follows:

A.  Set aside the Agency's finding of a violation;

B.  Enter a preliminary and permanent injunction setting aside the agency's action;

C.  Order the agency to remit the paid fine to the plaintiff;

D.  Grant the plaintiff its costs and fees under the Equal Access to Justice Act;

E.  Grant plaintiff such further relief as this court deems just and proper.

Dated: June 2, 2004

FRONTIER FISHING CORP.
By his attorneys,

Stephen M. Ouellette, Esquire
BBO No.: 543752
David S. Smith, Esquire
BBO No.: 634865
CIANCIULLI & OUELLETTE
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRONTIER FISHING CORP. | ) | CIVIL ACTION |
| | ) | NO. |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **COMPLAINT** |
| DONALD EVANS, Secretary of the | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| COMMERCE; AND CONRAD C. | ) | |
| LAUTENBACHER JR. UNDER SECRETARY | ) | |
| FOR OCEANS AND | ) | |
| ATMOSPHERE/ADMINISTRATOR AND | ) | |
| DEPUTY UNDER SECRETARY | ) | |
| | ) | |
| Defendants. | | |

## CORPORATE DISCLOSURE

Frontier Fishing Corp. is a Massachusetts business, which is closely held by individuals and not publicly traded.

FRONTIER FISHING CORP.
By its attorneys,

Dated: June 2, 2004

Stephen M. Ouellette, Esquire
BBO No.: 543752
David S. Smith, Esquire
BBO No.: 634865
CIANCIULLI & OUELLETTE
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142

1

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Frontier Fishing Corp.

**DEFENDANTS**
Donald C. Evans and Conrad C. Lautenbacher in their capacities as officials of the United States Govt.

(b) County of Residence of First Listed Plaintiff: **Bristol County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

*Stamp: IN CLERK'S OFFICE 2004 JUN -2 U.S. DISTRICT COURT DISTRICT OF MASS*

(c) Attorney's (Firm Name, Address, and Telephone Number)
Stephen M. Ouellette Esquire, Cianciulli & Ouellette
163 Cabot Street, Beverly, MA 01915

Attorneys (If Known)
Office of the United States Attorney

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug |  | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument |  |  |  | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
|  |  | [ ] 640 R.R. & Truck |  | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | [ ] 650 Airline Regs. | [ ] 820 Copyrights | [ ] 810 Selective Service |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 850 Securities/Commodities/Exchange |
|  | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 690 Other | [ ] 840 Trademark | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 891 Agricultural Acts |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 892 Economic Stabilization Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [x] 893 Environmental Matters |
| [ ] 195 Contract Product Liability |  |  | [ ] 863 DIWC/DIWW (405(g)) | [ ] 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 864 SSID Title XVI | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 865 RSI (405(g)) |  |
| [ ] 220 Foreclosure | [ ] 442 Employment |  | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | Habeas Corpus: [ ] 530 General | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |  |
| [ ] 240 Torts to Land |  |  |  | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty |  |  |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
|  |  | [ ] 550 Civil Rights |  |  |
|  |  | [ ] 555 Prison Condition |  |  |

[Labor section also includes: [ ] 730 Labor/Mgmt.Reporting & Disclosure Act; [ ] 740 Railway Labor Act; [ ] 790 Other Labor Litigation; [ ] 791 Empl. Ret. Inc. Security Act]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Challenge to administrative decision, 16 USC sec. 1681, APA 5 USC sec. 551

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE: June 2, 2004
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2 P 1:18

U.S. DISTRICT COURT
DISTRICT OF MASS.

1. Title of case (name of first party on each side only) Frontier Fishing Corp. v. Donald L. Evans

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

- [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
- [✓] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
- [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
- [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
- [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]    NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]    NO [✓]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]    NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]    NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [✓]    NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [✓]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]    NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Stephen M. Ouellette, Esquire, Cianciulli & Ouellete
ADDRESS 163 Cabot Street, Beverly, MA 01915
TELEPHONE NO. 978-922-9933

(Coversheetlocal.wpd - 10/17/02)