UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRONTIER FISHING CORP. )<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD L. EVANS, Secretary )<br>of the U.S. Department of Commerce; )<br>and )<br>CONRAD C. LAUTENBACHER, JR., )<br>Under Secretary for Oceans and )<br>Atmosphere/Administrator and )<br>Deputy Under Secretary, )<br>Defendants. ) | ` Civil Action<br>No. 04-11171-DPW |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendants in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

## CERTIFICATE OF SERVICE

I certify that on this day I served the above Notice by mailing a copy of same, postage prepaid, first class mail upon all parties of record.

/s/ Anita Johnson
ANITA JOHNSON

Dated: 7/2/04