UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRONTIER FISHING CORP. | ) | CIVIL ACTION |
| | ) | NO.04-11171-DPW |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DONALD EVANS, Secretary of the | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| COMMERCE; AND CONRAD C. | ) | |
| LAUTENBACHER JR. UNDER SECRETARY | ) | |
| FOR OCEANS AND | ) | |
| ATMOSPHERE/ADMINISTRATOR AND | ) | |
| DEPUTY UNDER SECRETARY | ) | |
| | ) | |
| Defendants. | | |

## ASSENTED TO MOTION OF THE PLAINTIFF TO EXTEND TIME FOR FILING OF BRIEFS AND OPPOSITION

Now comes the Plaintiff, Frontier Fishing Corp. and seeks an extension of thirty days for filing of briefs and oppositions thereto. Defendants have assented to this Motion. As grounds therefore, Plaintiff states:

This is an administrative record review case appealing a decision of an administrative law judge.

No extensions of time have been requested to date.

The administrative record for the case has been compiled and Plaintiff has recently discovered what is believed to be additional evidence that may merit a remand to the agency. The parties intend to discuss the potential for such a remand in lieu of the instant appeal and Plaintiff believes additional time to allow the parties exhaust the possibility of such a remand is in the best interest of the parties and the Court.

For these reasons, Plaintiff requests, and the Defendants assent to, an extension of thirty days to the current dates for filing briefs and oppositions.

Wherefore fore, the Plaintiff prays that the time for filing Plaintiff's motion for summary judgment be extended to by January 15, 2005; Defendants' opposition to Plaintiff's motion for

summary judgment, and any cross-motion for summary judgment be filed by February, 2005;

and any reply/opposition to cross motion for summary judgment be filed by March 15, 2005.

Respectfully submitted this 6th day of December, 2004,

| Moving Party | Assented to |
|---|---|
| **FRONTIER FISHING CORP.** | **DONALD EVANS and** |
| By its attorneys, | **CONRAD C. LAUTENBACHER, JR.** |
| | By their attorneys, |

Stephen M. Ouellette /s/
Stephen M. Ouellette, Esquire
BBO No.: 543752
David S. Smith, Esquire
BBO No.: 634865
CIANCIULLI & OUELLETTE
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142

Anita Johnson /s/ (by SMO)
MICHAEL J. SULLIVAN
Anita Johnson
United States Attorney
District of Massachusetts
One Courthouse Way
Boston, MA 02210
617-748-3100