UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRONTIER FISHING CORP. ) | CIVIL ACTION | |
|       Plaintiff, ) | NO.: 04-11171-DPW | |
| v. ) | | |
| ) | | |
| DONALD EVANS, Secretary of the ) | | |
| UNITED STATES DEPARTMENT OF ) | | |
| COMMERCE; AND CONRAD C. ) | | |
| LAUTENBACHER, JR., UNDER ) | | |
| SECRETARY FOR OCEANS AND ) | | |
| ATMOSPHERE/ADMINISTRATOR AND ) | | |
| DEPUTY UNDER SECRETARY ) | | |
| ) | | |
|       Defendants. | | |

## AFFIDAVIT OF HARRIET A. DIDRIKSEN

I, Harriet A. Didriksen, of 74 North Street, Mattapoisett, Massachusetts, having been duly sworn, hereby state:

1. I am a president and sole shareholder of Frontier Fishing Corp. and have been following these proceedings before the Agency below on behalf of the corporation.

2. In October of 2004, I reviewed the file on this matter that was received from our prior counsel. While reviewing the file I found the 17 page fax that is attached hereto.

3. Page 9 of the fax contains a handwritten log which appears be part of the CIC records. I am familiar with the file related to this case, attended the hearing and had never seen this document before.

Signed under the pains and penalties of perjury this 7th day of April, 2005

                                    */s/ Harriet A. Didriksen*
                                    Harriet A. Didriksen

Office of the Assistant General Counsel
for Enforcement and Litigation
8484 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
voice (301) 427-2202
fax (301) 427-2404/2211

## Facsimile Cover Sheet

Date: _August 10, 2001_

To: _PAMELA LAFRENIERE_     Fax Number: _508-993-3117_

Office: _____     Telephone Number: _____

From: _JOEL LABISSONIERE_    Pages (inc. cover): _17_

Comments:
_Pursuant to your discovery request, attached are the following items_
_① Antenna Data_
_② Spencer CIC Records (Retrieved from the cutter today)_

### NOTICE

THIS FACSIMILE MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE ADDRESSEE NAMED ABOVE. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATIONS STRICTLY PROHIBITED. UPON ERRONEOUS RECEIPT OF THIS COMMUNICATION PLEASE NOTIFY THIS OFFICE IMMEDIATELY BY TELEPHONE-- WE WILL ARRANGE TO HAVE THE COMMUNICATION RETURNED TO US

1.8    ANTENNA, AS-3194 AND PEDESTAL, AB-1247A (UNITS 1 & 2)

1.8.1    Function of Equipment [X-Band Antenna]

RF energy from the transmitter section of the MTR is coupled through a rotary joint waveguide and directed to the slotted waveguide array (antenna). Energy is radiated from the array in a narrow unidirectional beam, so that the bearing of an object reflecting energy can be determined to within approximately 1°. Vertically, the beam is relatively wide (approximately 20°), so that the roll and pitch of the vessel will not normally impair the antenna direct line of sight to the horizon. The antenna radiates the pulse of high frequency energy and receives the reflected pulse of energy from the target.

The slotted waveguide array is continuously rotated by the drive system which reduces the antenna motor shaft speed to the desired antenna rotation speed. The resolver is an electro-mechanical device which converts the rotation and instantaneous direction of the antenna into electrical signals that cause the PPI trace to rotate in synchronism with the antenna. The heading line is generated by means of a reed switch which momentarily closes once every revolution when the antenna passes the bow of the ship.

1.8.2    Antenna Performance Characteristics

The performance characteristics of Antenna, AS-3194 and Pedestal, AB-1247A follow in Table 1-7.

Table 1-7  Antenna, AS-3194 and Antenna Pedestal, AB-1247A, Performance Characteristics

| Parameter | Description |
| --- | --- |
| Type | End-Fed Slotted Array |
| Polarization | Horizontal |
| Horizontal Beam Width (at -3 dB) | 1.2° |
| Vertical Beam Width (at -3 dB) | 20.7° |
| Gain | 28.5 dB |
| Horizontal Side Lobes | -29 dB |
| Rotation Speed | 33 RPM |
| Ambient Temperature Range | -25° to +65°C |
| Relative Humidity (at 55°C) | 98% |
| Shock (all planes) | 20G |
| Vibration | 1G at 5-50 Hz |
| Waterproofing | 24 hrs at 1 inch/hr or 1 h at 5 inches/hr |
| Rated Wind Load: | |
| Operating | 100 knots |
| Survival | 150 knots |

1.8.3    Antenna Pedestal Power Requirements

The power requirements for the Antenna Pedestal (AB-1247A) are 115 Vac, single phase, 60 Hz, 977 W.

1.9     ANTENNA, AS-3195 AND PEDESTAL, AB-1248 (UNITS 11 and 12)

1.9.1   Function of Equipment [S-Band Antenna]

The pedestal supports and rotates the antenna at 33 RPM. The antenna both radiates the narrow horizontal beam generated by the MTR and receives the target echoes for transmission to the MTR.

1.9.2   Antenna Performance Characteristics

The performance characteristics of Antenna, AS-3195 and Antenna Pedestal, AB-1248 follow in Table 1-8.

Table 1-8  Antenna, AS-3195 and Antenna Pedestal, AB-1248, Performance Characteristics

| Parameter | Description |
|---|---|
| Type | End-Fed Slotted Array |
| Polarization | Horizontal |
| Horizontal Beam Width (at -3 dB) | 2° |
| Vertical Beam Width (at -3 dB) | 23° |
| Gain | 27.5 dB |
| Horizontal Side Lobes | -29 dB |
| Rotation Speed | 33 RPM |
| Ambient Temperature Range | -25° to +65°C |
| Relative Humidity (at 55°C) | 95% |
| Shock (all planes) | 20G |
| Vibration | 1G at 5-50 Hz |
| Waterproofing | 24 hrs. at 1 inch/hour or 1 hour at 5 inches/hour |
| Rated Wind Load: | |
| Operating | 100 knots |
| Survival | 150 knots |

1.9.3   Antenna Pedestal Power Requirements

The power requirements for the Antenna Pedestal AB-1248 are 440 Vac, 3 phase, 50-60 Hz, 1400W.

1.10    RECEIVER TRANSMITTER, RT-1342A (UNIT 17)

1.10.1    Function of Equipment [X-Band MTR]

The MTR (50 kW, X-band) generates the radio frequency burst fo  radiation by the antenna in accordance with timing and control signals from t e indicators. The echoes reflected from the target are amplified and detected to provide video target data to the indicators.

1.10.2    MTR (X-Band) Performance Characteristics

The performance characteristics for the X-Band Receiver Transmit  , RT-1342A follow in Table 1-9.

Table 1-9  Receiver Transmitter, RT-1342A, Performance Chara teristics

| Parameter | Description |
|---|---|
| **Transmitter** | |
| Frequency Range | 9375 ± 30 MHz |
| Peak Power Output | 40 kW Nominal |
| Pulse Width | 0.06 usec (0.25 to 3 NM); 0.5 usec  6, 12 NM); 1 usec (24, 48, 64 NM); 0.5 usec (  RT) |
| PRF | 3600, 1800, and 900 PPS |
| **Receiver** | |
| Intermediate Frequency | 45 MHz |
| IF Amplifier Bandwidth | 24 MHz (0.06 usec PW); 4 MHz (0.5  nd 1 usec PW) |
| Video Amplifier Bandwidth | 20 MHz equivalent (sampled data sys em) |
| Noise Figure | 10 dB maximum |
| Minimum Discernible Signal | -98 dB minimum |
| **System Environment** | |
| Ambient Temperature Range | 0° to +55°C |
| Relative Humidity (at 55°C) | 95% |
| Shock (all planes) | 15G |
| Vibration | 1G at 5-50 Hz |
| Waterproofing | Drip-proof |

1.10.3    MTR (X-Band) Power Requirements

The power requirements for the X-Band MTR (RT-1342A) are 11  Vac, single phase, 50-60 Hz, 550W.

1.11 RECEIVER TRANSMITTER, RT-1241A (UNIT 13)

1.11.1 Function of Equipment [S-Band MTR]

The MTR (60 kW, S-Band) provides 45 kW peak power at S-Band for radiation by the antenna. Target echoes are received by the antenna and then amplified to provide video data to the indicators.

1.11.2 MTR (S-Band) Performance Characteristics

The performance characteristics for the S-Band Receiver Transmitter, RT-1241A follow in Table 1-10.

Table 1-10 Receiver Transmitter, RT-1241A, Performance Characteristics

| Parameter | Description |
|---|---|
| **Transmitter** | |
| Frequency Range | 3050 ± 25 MHz |
| Peak Power Output | 50 kW Nominal |
| Pulse Width | 0.06 usec (0.25 to 3 NM) 0.5 usec (6, 12 NM); 1 usec 24, 48, 64 NM; 0.5 usec (12RT) |
| PRF | 3600, 1800, 900 PPS |
| **Receiver** | |
| Intermediate Frequency | 45 MHz |
| IF Amplifier Bandwidth | 24 MHz (0.06 usec PW) 4 MHz (0.5 and 1 usec PW) |
| Video Amplifier Bandwidth | 20 MHz equivalent (sample data system) |
| Noise Figure | 10 dB maximum |
| Minimum Discernible Signal | -98 dB minimum |
| **System Environment** | |
| Ambient Temperature | 0° to +55° C |
| Relative Humidity (at 55°C) | 95% |
| Shock (all planes) | 15G |
| Vibration | 1G at 5-50 Hz |
| Waterproofing | Drip-proof |

1.11.3 MTR (S-Band) Power Requirements

The power requirements of the S-Band MTR (RT-1241A) are 115 Vac, single phase 50-60Hz, 575W.

1.12 **AZIMUTH RANGE INDICATOR, IP-1282C (12-INCH) (UNIT )**

1.12.1 Function of Equipment [12-inch Ind]

The IP-1282C indicator provides a PPI display for a full 360° coverage. There are ten display ranges extending from 0.25 to 64 miles. An added feature includes an Electronic Bearing Line (EBL) for accurate measurement of target bearing and range information. Heading flash and both fixed and variable range markers are displayed on the CRT along with the targets.

1.12.2 12" Indicator Performance Characteristics

The performance characteristics of Indicator, IP-1282C follow in Tables 1-11 and 1-12.

Table 1-11 Indicator, IP-1282C, Performance Characteristics

| Parameter | Description |
|---|---|
| **System** | |
| CRT Phosphor: | P38 |
| Minimum Range: | 25 yards |
| Range Scales: | .25, .50, .75, 1.5, 3, 6, 12, 24, 48, 64 NM, 12 RT |
| Range Ring Accuracy: | 10 yards or ±0.25% (whichever is greater) |
| Range Resolution: | 0.25, 0.5, 0.75 NM  1.5 NM  3.0 N ! <br> 20 Yds  25 yds,  43 yd |
| Bearing Resolution: | 1.25° at 1/3 radius |
| Bearing Accuracy: | ±1.0 degree |
| VRM Accuracy: | 10 yards or 1.0% (whichever is greater) |
| VRM Resolution: | 5.062 yards or ±0.25% (whichever is greater) |
| **Environmental** | |
| Operating Temperature Range: | 32° to 131°F (0° to 55°C) |
| Vibration: | 1g peak @ 5 to 50 Hz in 3 mutually perpendicular planes |
| Humidity: | 0 to 95% @ 32° to 104°F (0° to 40°C) (ambient) |

6.2      6-FT ANTENNA, AS-3194 (UNIT 1) AND
         ANTENNA PEDESTAL, AB-1247A (UNIT 2)

6.2.1    General

The Antenna, AS-3194 (Unit 1) of the AN/SPS-64(V)6 Radar system is a 6 foot long, end fed, slotted X-Band antenna array. The RF energy is fed via waveguide into one end of this 6 foot array and radiates a beam of RF energy through slots in the waveguide. These slots in the waveguide inside the array are very accurately cut to provide a narrow 1.2° beamwidth. The array flares control the vertical beamwidth of 20° which allows target detection on a rolling vessel.

The X-Band Antenna Pedestal, AB-1247A includes Antenna Drive Motor, B1, Resolver, B2, Antenna Safety Switch, S1 and Heading Flash Switch, S2. This pedestal also includes a synchro, B3 to provide an extra antenna position data output.

Input voltage to the antenna motor is applied via TB2. Setting the antenna safety switch to OFF ensures that power is removed from the antenna drive motor by action of relay 3K4 such that the antenna cannot accidentally be rotated during inspection or service. Protection against rf radiation from the antenna during service is provided by S1B. With S1 set to OFF, the ground on TB1-12 is removed from terminal TB1-11, disabling the transmitter, thereby placing the system in the standby mode.

Resolver B2 is an electro-mechanical device coupled to the antenna array drive mechanism. As the antenna rotates, resolver B2 converts the instantaneous position of the array into electrical signals which are coupled via TB1, through the Receiver Transmitter. At the indicator, these signals cause the PPI trace to rotate in synchronism with the antenna array. The resolver is driven at terminals S1 and S3 with a 900 Hz square wave. C1 and C3 are the outputs of the resolver compensation winding, which senses the flux in the resolver. This information is fed back to a resolver drive amplifier in order to maintain a constant amplitude input at S1/S3. R1 - R3, and R2 - R4 are two rotor windings which provide a square wave output whose voltage amplitude is proportional to the input times the sine or cosine of the rotor angle.

S2 is the ship's heading flash switch. This switch closes once every revolution of the array corresponding to the instant that the antenna beam passes over the ship's bow providing a heading line trigger to the indicator unit.

The synchro transmitter B3 provides a single speed antenna position output for interface with the COMDAC Display Systems. Excitation voltage 115 Vac, 60Hz is applied to the rotor winding of B3 while the 90 Vac stator outputs provide positional information to the COMDAC System.

6.3  12-FT ANTENNA, AS-3195 (UNIT 11) &
     ANTENNA PEDESTAL, AB-1248 (UNIT 12)

6.3.1  General

S-Band Antenna Pedestal, AB-1248 supports a 12-foot S- and Antenna Array, AS-3195. The antenna array consists of a slotted waveguide, end-fed with a coaxial cable. The coaxial cable is connected into the rotary joint of the pedestal.

The pedestal houses the antenna drive motor (B1), which drives a gear reducer. The motor and precision gearing allow for operation in 100 knot relative winds. A head/stern flasher switch (S2), a precision resolver (B1), and synchro (B3) are geared to the main shaft in the pedestal.

The S-Band Antenna Pedestal is supplied with a three-phase 1 horsepower drive motor requiring 380/440 VAC, 50/60 Hz power source.

The transmitted energy, a train of short pulses, is generated by the transmitter and radiated outward from the ship in a narrow beam by the Antenna Array. As the antenna rotates, the beam scans the surrounding surface in all directions. Any object scanned by the antenna reflects a portion of the radiated signal back to the antenna.

A circulator in the rf front-end circuit couples the transmitter and receiver to the antenna, to permit a single antenna to be used for transmission and reception. The signal reflected from an object is collected by the antenna and processed through the rf front-end to the IF amplifier. Detected echoes are displayed on the CRT screen of the indicator. The rf input to the pedestal is via coaxial cable. In addition to the RF coaxial cable, there are three control/power interconnections between the antenna pedestal and the receiver transmitter.

1. RF Coax (7/8-inch EIA rf coaxial cable).

2. Antenna drive motor power (TSGU-9).

3. Control signals (Belden 8769).

4. Synchro Data (3SWU-3).

DATE: 1/00215

| TIME | TRACK | BG | RANGE | CS | SP | BG | RANGE | TM | REMARKS |
|------|-------|-----|-------|-----|-----|-----|-------|-----|---------|
| 1019 | 8174 | 131 | 1.4 | 173 | 3.4 | | | | Sander FTS |
| | | | | | | | | | |

PAGE ____ OF ____

DATE: 18 OCT 77

| TIME | REMARKS |
|---|---|
| | *0000 - 0400* |
| 2330 | UNDERWAY ON LI PATROL IN MID ATLANTIC UNDER ORDER OF COMLANTAREA. THIS UNIT IS CTU #1 IN POSN 39°52'N 070°13'W ON CRS 162°T AT 10 KTS. L/B IS PER DMOW ICE COMMS PLAN POSTED IN CIC. ALL ELECTRONICS EQ UIPMENT OPERATIONAL AT ENERGIZED W/EXCEPTION OF AN/SPA-92 (ETB) AND SLA-12 (SECURE) ENG BRKS 15,000 FT. MCBRIDE LCW. |
| 2355 | C/C 266°T |
| 0024 | C/C 264°T |
| 0100 | C/C 358°T |
| 0130 | C/C 356°T C/S 16.3 KTS |
| 0153 | C/C 350°T C/S 8.8 KTS |
| 0221 | C/C 180°T |
| 0232 | C/C 214°T AT 10.4 KTS |
| 0313 | C/C 190°T |
| 0345 | WATCH TO ET3 SPINETTI |
| | *0400 - 0800* |
| 0345 | U/W AS BEFORE IN POSN 39°54'N 070°42'W CSE 271 SPD 11 KTS |
| 0700 | SHIFTED TO HF DAY FREQS |
| 0750 | WATCH TO ET3 IRWIN |

PAGE____ OF____

DATE: 16 OCT 97

| TIME | REMARKS |
|---|---|
| | 0800 – 1200 |
| 1130 | U/W AS BEFORE IN POSN 3248N 07134W |
| | HDG 241 SPD 11.6 KTS |
| 0815 | SET FLT QTRS |
| 0829 | ENGINES ROTORS ENGAGED |
| 0840 | HELO CLRS PT SIDE |
| 0841 | SET FLT CON 2 |
| 0904 | C/C 230 |
| 1000 | SET FLT QTRS |
| 1018 | HELO ON DECK |
| 1105 | C/C 070 90/0 KTS TO INTERCEPT KAREN ELIZABETH |
| | HEADED TO AULIN 07053 ACCORDING TO JETS |
| 1140 | WATCH TO ET3 HERRERA |
| | |
| | 1200-1600 |
| 1140 | U/W IN POSN 39°50N 071°30W ON CSE 070T @ 10KTS |
| 1200 | CGC PT. TURNER MOORED NEWPORT |
| 1307 | S-BAND AN/SPS-64 SECURED FOR CORRECTIVE MAINTENANCE |
| 1312 | C/C TO 030° @ 18.4 KTS. |
| 1348 | NO) REPORTS 2 SMALL CONTACTS INSIDE NZ GA NONE INSIDE OTHER |
| | CLOSED AREAS |
| 1428 | C/C TO 122° @ 8.3 KTS. |
| 1434 | C/C TO 185° @ 8.3 KTS. |

PAGE ____ OF ____

DATE: 16 OCT 97

| TIME | REMARKS |
|---|---|
|  | 12-1600 CONT'D |
| 1437 | SPS-64 S-BAND RADAR BACK ON LINE. |
| 1439 | SET 6Q-I DRILL FIRE IN COMPACTOR ROOM |
|  | WHITE SMOKE RPTD. |
| 1445 | P250 PUMP TEAM SENT TO THE FANTAIL. |
| 1450 | MAN DOWN IN RP 2 SA. BATISTA. |
| 1452 | ZEBRA SET IN AFFECTED AREA. |
| 1453 | SN MATOS, ET3 IRVIN, RDC PARKER AND ENS |
|  | HOLSER SENT TO FANTAIL TO ASSIST P250 PUMP |
|  | TEAM |
| 1459 | ALPHA FIRE IS OUT REFLASH WATCH SET BY DC3 LAINHART |
| 1577 | SECURE FROM DRILL |
| 1525 | WATCH TO ET3 TODD |
|  | 1600-2000 |
| 1530 | 1600-2000 |
| 1530 | OWN POSITION 4002N 07057W CSE 268° 11.7 KTS |
| 1710 | S/C 077 |
| 1714 | DRUM B ATTEMPTED COMMS CHECK TO JOY |
| 1746 | DI COMMAND CENTER CALLED VIA SATCOM REGARDING CGC WRANGELL CASREP. |
|  | TASKED GEORGES BANK SAR COMPLETE TO FT TURNER NT ALANIS COMMS TO CJU. |
| 1945 | WATCH TO FT2 MCBRIDE |
|  | [signature] ET3 |

PAGE ____ OF ____

DATE: 16 OCT 97

| TIME | REMARKS |
|---|---|
| | 2000-2400 |
| 1945 | U/W AT POS 4003N 07030W CRS 074°T PT 10.4 KTS |
| 2121 | c/c 085°T |
| 2149 | c/c 030 |
| 2200 | INTERCEPTED F/V SETTLER had fished inside RGA I |
| 2250 | SET LE PHASE I |
| 2257 | SET LE PHASE II |
| 2330 | VATCH to ET³ SPENCER |

PAGE ____ OF ____

DATE: 17 OCT 97

| TIME | REMARKS |
|---|---|
| | 0000 – 0400 |
| 2330 | UNDERWAY ON LE PATROL IN NW ATLANTIC UNDER OPCON OF COMLANTAREA. THIS UNIT IS CTU 44.1.1 IN POSN 3955N 07010W ON 65E 109 SPD 4.9 WX AS PER GUNEN LOG. COMMS PLAN AS POSTED IN CIC. ALL ELECTRONICS ARE ENERGIZED W/EXCEPTION OF ML-92 IN STBY. ENS BURNS IS OOD ET3 RANGER IS WS. |
| 2331 | MVCTS DUE TO BOARDING OF F/V SETTLER |
| 0151 | CIC/S 035°T SPD 10 KTS |
| 0241 | CIC 122°T |
| 0305 | CIC 054°T |
| 0330 | WATCH TO ET3 IRWIN |
| | [signature] |
| | 0400 – 0800 |
| 0330 | [illegible] IN POSN 3453N 6695W |
| 0710 | OMBAT TRACK 8183 IDENTIFIED AS ALICE MARIE LOBSTER BOAT |
| 0730 | WATCH TO ET3 TODD |
| | [signature] |
| | 0800 – 1200 |
| 0730 | [illegible] POS 4007N 06910W 90°T 5M 5.5 KTS |
| 0730 | S/C [illegible] 0.5 FTS DUE TO SWELLS |

PAGE____OF____

DATE: 17OCT97

| TIME | REMARKS |
|---|---|
| | (0800-1200 (coned)) |
| 0840 | S/C 272°T S@ 7.4 KTS |
| ~~1007~~ | ~~C/S 15 KTS~~ |
| 1007 | C/S 15 KTS |
| 1057 | CG 1502 ON SCENE PATROLING FORECGZ |
| 1100 | STEERING CASUALTY DRILL |
| 1140 | WATCH TO ET³ HERRERA |
| | Richard W___ |
| | 1200-1600 |
| 1148 | U/W IN POSN 40°07N 068°59W ON CSE 180° @ 11 KTS. |
| 1224 | C/C 250° @ 6.9 KTS. |
| 1312 | C/C TO 180° @ 6.9 KTS |
| 1344 | SET FLT QTRS |
| 1401 | ROTORS ENGAGED. |
| 1407 | HELO CLES PORT SIDE |
| 1409 | SET FLICON TWO |
| 1420 | C/C 270 |
| 1432 | D1 REPORTS M/V EXPLORER DISABLED WITH ENG PROBS 40 MI 07250 SHIFTING PT TURNER'S TACON TO GROTON MORIACC FOR SAR. |
| SAR 1449 | CG 1502 HAS ~~MAS~~ MALFUNCTION W/FLIGHT EQUIPMENT WILL DIVERT TO BRUNSWICK FOR REPAIR CURRENT POSN 41°47N 068°14W ALTITUDE 10,500 FT |

PAGE ___ OF ___

DATE: 17 OCT 97

| TIME | REMARKS |
|---|---|
| 1453 | C/C TO 270° |
| 1525 | SET FLT QTRS. |
| 1532 | 1502 RTB - BRUNSWICK, ME INSTRUMENT PROBLEMS |
| 1554 | 6500 O/O H/R |
| 1613 | 6530 A/B & POD |
| 1624 | SET FLT CON II |
| 1630 | WATCH TO FT² McBRIDE |
|  | 1600-2000 |
| 1630 | W/W AS PER 4003N 06927W CRS 253°T AT 18.7 KTS TO INTERCEPT F/V WARRIOR |
| 1637 | FROM FT TRAINER W/ CASTLE ISLAND EUR HC EXPLORER |
| 1650 | FLT QUARTERS |
| 1702 | 6530 ON DECK |
| 1723 | SECURE FLT QUARTERS |
| 1724 | C/C 254°T AT 8.8 KTS |
| 1844 | C/C 295° AT 10.4 KTS |
| 1914 | C/C 161°T / |
| 1930 | WATCH TO ET³ SPINNER |
|  | 2000-2400 |
| 1930 | W/W AS BEFORE IN POSN 3954N 06957W CSE 149°T SPD 11 KTS |

PAGE ____ OF ____

DATE: _____

| TIME | REMARKS |
|---|---|
| | 2000-2400 (cont) |
| 1950 | BIGEYE PASSED TWO VESSELS IN C.A.T. WE REQ THAT HE DECEND (D) DOCUMENT BOTH VESSELS. |
| 2000 | USCGC TAHOMA ASSUMED CTU 44.1.1 |
| 2153 | C/C 226°T |
| 2232 | C/C 277°T |
| 2330 | WATCH TO ET3 IRVIN |

PAGE ____ OF ____