UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRONTIER FISHING CORP.<br>Plaintiff,<br><br>v.<br><br>DONALD L. EVANS, Secretary<br>of the U.S. Department of Commerce;<br>and<br>CONRAD C. LAUTENBACHER, JR.,<br>Under Secretary for Oceans and<br>Atmosphere/Administrator and<br>Deputy Under Secretary,<br>Defendants. | Civil Action<br>No. 04-11171-DPW |

## JOINT MOTION FOR EXTENSION TO FILE RESPONSE

The parties request that this Court grant the Defendants an extension of ten days to file their response to Plaintiff's Motion for Summary Judgment, up to and including May 16, 2005, and that Plaintiff be granted an extension until June 16, 2005, to file its Reply. The additional period for filing Defendant's response -- a period of six additional working days -- is requested in order that Defendants have adequate time to prepare a thorough response to the many arguments presented by Plaintiff.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/ Anita Johnson
    ANITA JOHNSON
    Assistant U.S. Attorney
    United States Courthouse
    1 Courthouse Way - Suite 9200
    Boston, MA 02210
    (617) 748-3282

/s/ Stephen M. Ouellette
STEPHEN M. OUELLETTE
Cianciulli & Ouellette
163 Cabot Street
Beverly, Mass. 01915
(978) 922-9933

DATED: April 29, 2005.