UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRONTIER FISHING CORP.,            )<br>                                                      )<br>            Plaintiff,                         )<br>     v.                                           )<br>                                                      )         CIVIL ACTION<br>DONALD EVANS, Secretary of the  )<br>UNITED STATES DEPARTMENT OF )         NO. 04-11171-DPW<br>COMMERCE; and CONRAD C.      )<br>LAUTENBACHER JR., Under Secretary )<br>for Oceans and Atmosphere / Administrator, )<br>                                                      )<br>            Defendants.                     )<br>_____) | |

## DEFENDANTS' MOTION FOR FOUR DAY EXTENSION

Defendants request that this Court permit an additional four days, up to and including May 27, 2005, to file their Motion to Affirm The Decision of the National Oceanic and Atmosphere Administrations and In Opposition to Plaintiff's Motion for Summary Judgment, and their accompanying memorandum, together with Defendants' Statement of Disputed Facts. After Defendants filed these pleadings, May 23, 2005, unfortunately they discovered that a few additions and corrections to their brief should be made.

-2-

Counsel for Plaintiff kindly has no objection to this extension. The date for Plaintiff's Reply would also be extended, up to and including June 27, 2005.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /S/ Anita Johnson
      ANITA JOHNSON
      Assistant U.S. Attorney
      U. S. Attorney's Office
      John Joseph Moakley
      United States Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617)748-3266

Of Counsel:

Alexa Cole
Enforcement Attorney
Office of General Counsel
Nat'l Oceanic and Atmospheric Administration
8484 Georgia Ave, Suite 400
Silver Spring, Md. 20910
(301) 427-2202

<u>Certificate of Service and Rule 7.1 Conference</u>

I hereby certify that I have served the foregoing upon counsel for Plaintiff, Stephen M. Ouellette, 163 Cabot Street, Beverly, MA 01915, by electronic transmission, and I have conferred with said counsel and he has no objected to this motion, both on this 27th day of May 2005.

          /S/ Anita Johnson