UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) <br> FRONTIER FISHING CORP., ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD L. EVANS, Secretary ) <br> of the U.S. Department of Commerce; ) <br> and ) <br> CONRAD C. LAUTENBACHER, JR., ) <br> Under Secretary for Oceans and ) <br> Atmosphere/Administrator and ) <br> Deputy Under Secretary, ) <br>         Defendants. ) <br> _____ ) | Civil Action <br> No. 04-11171-DPW |

### **DEFENDANTS' MOTION TO AFFIRM NOAA'S DECISION**

For the reasons set forth in the accompanying memorandum, Defendants request that this Court affirm the decision of the National Oceanic and Atmosphere Administration.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

By:   /S/ Anita Johnson_____
        ANITA JOHNSON
        Assistant U.S. Attorney
        U. S. Attorney's Office
        John Joseph Moakley
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617)748-3266

-2-

Of Counsel:

Alexa Cole
Enforcement Attorney
Office of General Counsel
Nat'l Oceanic and Atmospheric Administration
8484 Georgia Ave, Suite 400
Silver Spring, Md. 20910
(301) 427-2202

Certificate of Service

    I hereby certify that I have served the foregoing upon counsel for Plaintiff, Stephen Ouellette, 163 Cabot Street, Beverly, Mass. 01915, by electronic transmission, on this 27th day of May 2005.

                                                /S/ Anita Johnson