UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRONTIER FISHING CORP., </br>       Plaintiff, </br> </br> v. </br> </br> DONALD L. EVANS, Secretary </br> of the U.S. Department of Commerce; </br> and </br> CONRAD C. LAUTENBACHER, JR., </br> Under Secretary for Oceans and </br> Atmosphere/Administrator and </br> Deputy Under Secretary, </br>       Defendants. | Civil Action </br> No. 04-11171-DPW |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**STATEMENT OF UNDISPUTED FACTS**

    Pursuant to Local Rule 56.1, the following is submitted in opposition to Plaintiff's Statement of Undisputed Material Facts.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

           By:    /S/ Anita Johnson
                  ANITA JOHNSON
                  Assistant U.S. Attorney
                  U. S. Attorney's Office
                  John Joseph Moakley
                  United States Courthouse
                  1 Courthouse Way, Suite 9200
                  Boston, MA  02210
                  (617)748-3266

Of Counsel:

Alexa Cole
Enforcement Attorney
Office of General Counsel
Nat'l Oceanic and Atmospheric Administration
8484 Georgia Ave, Suite 400
Silver Spring, Md. 20910
(301) 427-2202

<u>Certificate of Service</u>

  I hereby certify that I have served the foregoing upon counsel for Plaintiff, Stephen Ouellette, 163 Cabot Street, Beverly, Mass. 01915, by electronic transmission, on this 27th day of May 2005.

              <u>/S/ Anita Johnson     </u>