```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

FRONTIER FISHING CORP.,        )
     Plaintiff,                )
                               )              CIVIL ACTION NO.
     v.                        )              04-11171-DPW
                               )
DONALD EVANS, Secretary of     )
the United States Department   )
of Commerce; and CONRAD C.     )
LAUTENBACHER JR., Under        )
Secretary for Oceans and       )
Atmosphere/Administrator and   )
Deputy Under Secretary,        )
     Defendants.               )
```

## JUDGMENT

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated March 31, 2006, GRANTING Frontier Fishing's motion for summary judgment, REMANDING the case and DENYING the Defendants' motion to affirm NOAA's decision, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Case is REMANDED to National Oceanic and Atmospheric Administration Fisheries Service ("NOAA").**

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: March 31, 2006