UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRONTIER FISHING CORP. | ) | CIVIL ACTION |
| | ) | NO.04-11171-DPW |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| DONALD EVANS, Secretary of the | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| COMMERCE; AND CONRAD C. | ) | |
| LAUTENBACHER JR. UNDER SECRETARY | ) | |
| FOR OCEANS AND | ) | |
| ATMOSPHERE/ADMINISTRATOR AND | ) | |
| DEPUTY UNDER SECRETARY | ) | |
| | ) | |
| Defendants. | ) | |

[PROPOSED] **ORDER**

After reviewing the Plaintiff's Motion for Assessment of Fees Pursuant to 28 U.S.C. §2412 and supporting documentation, as well as reviewing the Defendant's opposition, it is HEREBY ORDERED that the Defendant shall pay the Plaintiff $163,178.05 in fees and costs as supported by the documentation.

_____
DOUGLAS P. WOODLOCK
U.S.D.C. Judge

Dated:_____