**Pamela F. Lafreniere**
*Attorney and Counselor at Law*

404 County Street • New Bedford • Massachusetts 02740
Telephone: (508) 979-5911
Facsimile: (508) 993-3113

## BILL FOR SERVICES

September 28, 2000

## CLIENT

Frontier Fishing Corp.
113 MacArthur Drive
New Bedford, MA  02740

Re:  F/V Settler (Restricted Gear Conflict)

| DATE | DESCRIPTION | TIME |
|------|-------------|------|
| 03/02/00 | Office conference with client, review of NOVA & NOPS | 2.0 |
| 03/09/00 | Prepared and filed request for Hearing, Notice of Appearance and request for Offense Investigation Report. | .7 |
| 03/28/00 | Receipt and review of correspondence from Joel La Bissonniere, Esq. | .6 |
| 04/12/00 | Receipt and review of offense investigation report and Offense conference with client, re:  review of the same. | 2.5 |
| | Correspondence to Commander Richard Yazbek | 1.3 |
| 04/21/00 | Prepared and filed Respondents PPIPS | 1.0 |
| 04/21/00 | Receipt and review of Agency's PPIPS | .5 |

| 04/20/00 | Prepared and filed request for Production of Documents. | .8 |
| 05/04/00 | Receipt and review of correspondence from Joel La Bissonniere, Esq. | .5 |
| 05/11/00 | Correspondence to Joel La Bissonniere, Esq. | .4 |
| 05/31/00 | Correspondence to Joel La Bissonniere, Esq. | .2 |
| 06/07/00 | Receipt and review of correspondence from Commander Richard Yazbek | .4 |
| 06/19/00 | Correspondence to Mr. La Bissonniere, Esq. | .4 |
| 07/10/00 | Receipt and review of Agency's objection to request for production of documents | .5 |
| 07/11/00 | Receipt and review of correspondence from Joel La Bissonniere, Esq. | .3 |
| 07/13/00 | Researching, preparing and filed Respondent's response to Agency's objection to request for production of documents. | 1.3 |
| 07/18/00 | Telephone conference with Joel La Bissonniere, Esq. | .5 |
| 07/19/00 | Correspondence to Mr. Gerald Ouilette | .6 |
|  | Telephone conference with Mr. Ouilette | .5 |
|  | Office conference with client | 2.0 |
|  | Receipt and review of measurements from Mr. Ouilette | .3 |
| 07/21/00 | Correspondence to U.S. Coast Guard (F.O.I.A) | .3 |
|  | Receipt and review of diagrams from Mr. Ouilette | .4 |
| 07/24/00 | Correspondence to Joel La Bissonniere, Esq. | .6 |
| 07/25/00 | Telephone conference with Mr. Gerald Ouilette | .4 |

|          |                                                                       |     |
|----------|-----------------------------------------------------------------------|-----|
|          | receipt and review of correspondence from Mr. Gerald Ouilette.        | .5  |
|          | Correspondence to Joel La Bissonniere, Esq.                           | .75 |
| 08/01/00 | Correspondence to client and Mr. Valente advising of hearing date.    | .3  |
|          | Correspondence to Joel La Bissonniere, Esq.                           | .2  |
| 08/10/00 | Correspondence to Joel La Bissonniere, Esq.                           | .4  |
|          | Receipt and review of correspondence from U.S. Coast Guard.           | .2  |
| 08/18/00 | Receipt and review of correspondence from Mr. La Bissonniere          | .4  |
| 08/21/00 | Receipt and review of correspondence from U.S. Coast Guard,           | .2  |
| 08/23/00 | Correspondence to Joel La Bissonniere, Esq.                           | .75 |

**Total Hours: 22.70 @ $150.00 = $3,405.00**

**Pamela F. Lafreniere**
*Attorney and Counselor at Law*

404 County Street • New Bedford • Massachusetts 02740
Telephone: (508) 979-5911
Facsimile: (508) 993-3117

## BILL FOR SERVICES

January 31, 2001

## CLIENT

Frontier Fishing Corp.
113 MacArthur Drive
New Bedford, MA  02740

| **DATE** | **DESCRIPTION** | **TIME** |
|---|---|---|
| | For legal services in connection with research and drafting of opposition to amendment of NOPS. Review of Agency's opposition and drafting of supplemental memorandum in opposition to amendment of NOPS. Consultation and office conferences With client. | |

$1,250.00

#3451
2.6.01

**Pamela F. Lafreniere**

*Attorney and Counselor at Law*

888 Purchase Street•Suite 414•New Bedford•Massachusetts 02740

Telephone: (508) 979-5911

Facsimile: (508) 993-3117

## BILL FOR SERVICES

**CLIENT**                                    August 27, 2001

Frontier Fishing
113 MacArthur Drive
New Bedford, MA  02740

Re:  F/V Settler-Restricted Gear Area Violation

| DATE | DESCRIPTION | TIME |
|------|-------------|------|
| 3/20/01 | Receipt and Review of Order granting motion to Amend NOVA: | .2 |
|  | Preparing and motion for leave to file Interrogatories and first set of interrogatories Propounded to NOAA: | 1.5 |
| 3/23/01 | Preparing and filing supplementary memorandum in support of motion for discovery: | .7 |
| 3/26/01 | Receipt and review of order and notice of hearing: | .1 |
| 3/29/01 | Receipt and review of Agency's response to Respondents motion seeking leave to file Interrogatories: | .5 |
| 4/2/01 | Preparing and filing notice of change of address: | .1 |
| 4/5/01 | Preparing and filing amended motion for discovery: | .6 |

| 4/25/01 | Correspondence to Harriet Didriksen and Manuel Valente: | .2 |
| 5/15/01 | Receipt and review of notice of hearing date: | .1 |
| 6/6/01 | Receipt and review of Agency's second amended PPIP: | .3 |
| | Correspondence to Ms. Didriksen: | .2 |
| | Correspondence to Agency: | .2 |
| 6/11/01 | Correspondence to Agency: | .1 |
| 6/14/01 | Preparing and filing Respondents motion for production of documents: | .7 |
| 6/19/01 | Receipt and review of Agency's letter in response to production of documents: | .3 |
| 7/13/01 | Correspondence to Agency: | .1 |
| 7/16/01 | Preparing and filing list of potential witnesses: | .6 |
| 7/17/01 | Correspondence to Agency: | .2 |
| 7/23/01 | Correspondence to Dr. Kan: | .3 |
| 7/25/01 | Correspondence to Agency: | .1 |
| 7/27/01 | Receipt and review of correspondence from Agency: | .6 |
| 7/31/01 | Receipt and review of correspondence from Agency including review of Peterson Report: | 1.0 |
| 8/2/01 | Correspondence to Agency: | .3 |
| 8/03/01 | Preparing and drafting motion for discovery and correspondence to Agency: | 1.2 |

|        |                                                                                                               |      |
|--------|---------------------------------------------------------------------------------------------------------------|------|
|        | Preparing and filing motion for issuance of Subpoena on Mr. Murawski:                                          | .7   |
| 8/06/01 | Receipt and review of Agency's response to Respondents' motion for issuance of Subpoena on Mr. Murawski:     | .4   |
|        | Office conference with Mr. Ouellette, Dr. Kan and Ms. Didriksen:                                              | 5.0  |
|        | Receipt and review of correspondence from Agency relative to Respondents discovery Request:                   | .8   |
| 8/07/01 | Preparing and filing Respondents response to Agency's objection to Respondents motion seeking Subpoena of Mr. Murawski including research of law pertaining to the same: | 1.6  |
|        | Office conference with Ms. Didriksen, Mr. Barlow and Captain Franco:                                          | 3.0  |
| 8/8/01 | Telephone conference with Agency:                                                                             | .6   |
|        | Correspondence to Agency:                                                                                     | .3   |
|        | Telephone conference with Gerald Ouellette:                                                                   | .75  |
|        | Telephone conference with Dr. Kan:                                                                            | .50  |
| 8/09/01 | Preparation for trial:                                                                                        | 4.5  |
| 8/10/01 | Meeting with the Valente and Ms. Didriksen:                                                                    | 3.0  |
|        | Review of e-mail from Dr. Kan:                                                                                | 1.5  |
| 8/13/01 | Telephone conference with Mr. Robert Higgins:                                                                 | .6   |
|        | Receipt and review of report of Cliff Goudey                                                                  |      |

3

of MIT Sea Grant, including telephone
conference with Mr. Goudey:                                    1.6

Correspondence to Agency:                                       .4

Office conference with Harriet Didriksen                        4.5

Preparing and filing list of exhibits
and exhibits for trial:                                         2.0

8/14/01  Attendance at Trial:                                  10.0

8/15/01  Attendance at Trial:                                   8.0

8/21/01  Office conference with client                          2.0

**Total Hours 61.95 @ $150.00 per hour = $9,292.50**

4

**Pamela F. Lafreniere**
*Attorney and Counselor at Law*
888 Purchase  Street • Suite 414 • New Bedford • Massachusetts 02740
Telephone: (508) 979-5911
Facsimile: (508) 993-3117

## BILL FOR SERVICES

November 19, 2001

### CLIENT

Frontier Fishing Corp.
113 MacArthur Drive
New Bedford, MA 02740

Re:   Frontier Fishing Corp./Manuel Valente
      NE970201FM/V/ (F/V Settler)

| DATE | DESCRIPTION | TIME |
|------|-------------|------|
|  | Legal services including but not limited to: |  |
| 9/10/01 | Receipt and review of Mr. Gerald Ouellette's report: | .85 |
| 9/11/01 | Office conference with Ms. Didriksen, regarding revisions to Mr. Ouellette's report: | 2.0 |
| 10/03/01 | Receipt and review of Order and Notice of Reconvening of Hearing: | .2 |
| 10/09/01 | Receipt and review of Gerald Ouellette's Report: | 1.0 |
| 10/17/01 | Receipt and review of Agency's Motion for |  |

# 3713
11,(60)

Continuance:

| 10/18/01 | Office meeting with Ms. Didriksen, Dr. Kan and Mr. Gerald Ouellette: | .4 |

10/23/01    Preparing and filing Respondents' Opposition to Agency's Motion for Continuance:    2.0

10/24/01    Preparing and filing Respondents' Supplemental Opposition to Agency's Motion for Continuance:    1.5

Receipt and review of Mr. Ouellette's revised Report:    .85

10/26/01    Telephone conference with Judge McKenna, and Attorney La Bissonniere:    .80

11/01/01    Office conference with Ms. Didriksen:    1.0

11/06/01    Office conference with Ms. Didriksen:    1.5

2.0

**14.10 hours @ $150.00 =    $ 2,115.00**

2

**Pamela F. Lafreniere**
*Attorney and Counselor at Law*

888 Purchase Street ● Suite 414 ● New Bedford ● Massachusetts 02740
Telephone: (508) 979-5911
Facsimile: (508) 993-3117

## BILL FOR SERVICES

March 5, 2002

## CLIENT

Frontier Fishing Corp.
113 MacArthur Drive
New Bedford, MA 02740


Re:   Frontier Fishing Corp./Manuel Valente
      NE970201FM/V/ (F/V Settler)


| DATE | DESCRIPTION | TIME |
|------|-------------|------|
| | Legal services including but not limited to: | |
| 11/09/01 | Correspondence to Agency's Attorney, Re: Testimony of Michael Neelon: | .3 |
| | Receipt and review of correspondence from Agency's attorney, Re: Michael Neelon: | .2 |
| 11/19/01 | Receipt and review of Agency's Third Amended PPIP: | .4 |
| 11/30/01 | Correspondence to Agency's Attorney: | .5 |
| | Office conference with Ms. Didriksen: | 1.6 |

| | | |
|---|---|---|
| 12/03/01 | Receipt and review of Correspondence from Clifford A. Goudey: | .3 |
| | Telephone conference with Mr. Ouellette: | .4 |
| 12/04/01 | Telephone conference with Clifford Goudey: | .3 |
| | Correspondence to Mr. Ouellette: | .2 |
| 12/06/01 | Correspondence to Mr. Ouellette: | .2 |
| 12/12/01 | Correspondence to Agency's Attorney re: Fishing Vessels operated by Mr. Neelon: | .2 |
| | Telephone conference with Mr. Ouellette: | .3 |
| 12/17/01 | Correspondence to Agency's Attorney: | .4 |
| 12/20/01 | Receipt and review of correspondence from Agency's attorney, re: Mr. Neelon: | .3 |
| 1/10/02 | Correspondence to Agency's Attorney: | .4 |
| 1/15/02 | Receipt and review of correspondence from Agency's Attorney, Re: Mr. Neelon: | .3 |
| | Receipt and review of correspondence from Agency's counsel forwarded to Judge McKenna: | .2 |
| 1/16/02 | Receipt and review of Mr. Neelon's resume: | .4 |
| | Telephone conference with Mr. Goudey: | .3 |
| 1/22/02 | Correspondence to Agency's Attorney: | .5 |
| 1/25/02 | Correspondence to Mr. Ouellette Re: his report: | .2 |

| | | |
|---|---|---|
| 1/27/02 | Telephone conference with Mr. Goudey: | .2 |
| | Telephone conference with Mr. Joseph DeAlteris: | .4 |
| 1/30/02 | Correspondence to Agency's attorney: | .1 |
| | Office conference with Ms. Didriksen: | 1.5 |
| 2/04/02 | Office conference with Ms. Didriksen: | 1.2 |
| 2/06/02 | Receipt of correspondence from Agency's Attorney: | .2 |
| 2/06/02 | Receipt and review of Agency's Fourth Amended PPIP and review of attached Exhibits    : | 1.2 |
| | Telephone conference with Mr. DeAlteris: | .3 |
| | Telephone conference with Mr. Ouellette: | .2 |
| | Receipt and review of correspondence from Mr. DeAlteris: | .5 |
| | Telephone conference with Ms. Didriksen: | .2 |
| 2/07/02 | Correspondence to Agency's Attorney: | .3 |
| | Receipt of Mr. Ouellette's report: | .2 |
| 2/08/02 | Receipt and review of correspondence from Mr. Ouellette: | .2 |
| 2/11/02 | Receipt and review of U.S. Coast Guard's vessel and aircraft boardings and sightings: | .6 |
| 2/13/02 | Receipt and review of draft report from | |

3

G. Ouellette:

Telephone conference with Mr. Ouellette:                                    .4

Telephone conference with Mr. DeAltaris:                                    .3
2/14/02

Preparing and filing Respondents' Motion                                    .3
for Discovery, Re: Expert Witness Info.
2/15/02

Correspondence to Agency's Attorney:                                      1.2

Telephone conference with Ms. Didriksen:                                   .2
2/22/02

Review of correspondence from Agency's                                    .3
counsel:
2/26/02

Receipt and review of Correspondence                                      .3
from Agency's Attorney:
2/28/02

Telephone conference with Mr. Goudey:                                      .3
3/01/02

Correspondence to Agency's Attorney:                                      .2

Telephone conference with Judge McKenna:                                  .2

Receipt and review of correspondence from                                 .2
Agency's attorney:

                                                                           .2


19.30 hours @ $150.00 per hour =          $2,895.00


4

**Pamela F. Lafreniere**
*Attorney and Counselor at Law*
888 Purchase Street ● Suite 414 ● New Bedford ● Massachusetts 02740
Telephone: (508) 979-5911
Facsimile: (508) 993-3117

## BILL FOR SERVICES

June 24, 2002

### CLIENT

Frontier Fishing Corp.
113 MacArthur Drive
New Bedford, MA 02740

Re:   Frontier Fishing Corp.,/Manuel Valente
      NE970201FM/V/ (F/V Settler)

| DATE | DESCRIPTION | TIME |
|------|-------------|------|
| | Legal services including but not limited to: | |
| 3/11/02 | Receipt and review of Agency's Response to Respondents' Request for Discovery of Expert Witness Information: | .4 |
| 3/18/02 | Office conference with Ms. Didriksen: | 2.0 |
| 3/25/02 | Drafting and filing of Respondents' response To Agency's Response to Request for Discovery Of Expert Witness Information. | |
| | Telephone conference with Judge McKenna And Joel La Bissonniere, Esq. | 1.5 |
| 4/08/02 | Office conference with Ms. Didriksen: | 2.5 |

# 4459.02
7.1.02

| 4/09/02 | Preparing and filing of Respondents Second Amended Preliminary Positions on Issues and Procedures: | .75 |
| | Receipt and review of correspondence from Agency's counsel Re: Sea Trial: | .5 |
| 4/19/02 | Preparing the Order for Judge McKenna's signature granting Discovery Request: | .6 |
| 4/22/02 | Office conference with Ms. Didriksen: | 1.0 |
| 4/23/02 | Correspondence to individuals Re: Scheduling of Hearing Date: | .75 |
| | Several telephone conferences with Mr. DeAlteris and review of his report: | 1.2 |
| | Several telephone conference with Mr. Ouellette and review of his report: | 1.6 |
| | Telephone conference with Mr. Goudey: | .4 |
| 4/30/02 | Drafting and filing request for continuance: | .6 |
| 5/17/02 | Reviewing with all pertinent witnesses their availability for a hearing date: | 1.0 |
| | Correspondence to Judge McKenna relative to availability of witnesses: | .4 |
| 5/22/02 | Receipt and review of Agency's response to request for continuance: | .3 |
| 5/28/02 | Receipt and review of Agency's response to Discovery Request: | .2 |
| | Telephone conferences with Piques Travel | |

Re:   Obtaining confirmation that Mr. Valente
Is going to be away on business instead of
Pleasure.                                                    .5

5/29/02          Telephone conference with Judge McKenna
                 and Joel La Bissonniere, Esq.                          .85

6/12/02          Correspondence to witnesses advising of
                 new hearing date:                                      .5


17.55 hours @ $150.00 per hour =     $2,632.50

## Pamela F. Lafreniere
*Attorney and Counselor at Law*

888 Purchase Street ● Suite 414 ● New Bedford ● Massachusetts 02740
**Telephone: (508) 979-5911**
**Facsimile: (508) 993-3117**

## BILL FOR SERVICES

November 14, 2002

### CLIENT

Frontier Fishing Corp.
113 MacArthur Drive
New Bedford, MA 02740



Re:  Frontier Fishing Corp./Manuel Valente
     NE970201FM/V/ (F/V Settler)

| DATE | DESCRIPTION | TIME |
|------|-------------|------|
|  | Legal services including but not limited to: |  |
| 8/23/02 | Correspondence and telephone calls to Professor Goudey: | .5 |
| 9/09/02 | Correspondence to Professor Goudey: | .2 |
|  | Telephone conference with Judge McKenna and Joel La Bissonniere: | .3 |
| 9/13/02 | Receipt and review of Professor Ouellette's report: | .5 |
| 9/18/02 | Preparing and filing Respondents' Potential Witness List: | 1.0 |

| | | |
|---|---|---|
| 9/26/02 | Office conference with client: | 2.0 |
| | Telephone conference with Judge McKenna's Legal assistant, Cindy: | .2 |
| | Telephone conference with Professor Ouellette: | .4 |
| 9/27/02 | Correspondence to Professor Ouellette: | .2 |
| | Receipt and review of Order from Judge McKenna Regarding Discovery of names and positions of Experts Agency contacted: | .2 |
| 10/02/02 | Office conference with client and Attorney Timothy McHugh: | 2.0 |
| 10/15/02 | Telephone conference with Attorney McHugh: | .3 |
| 10/16/02 | Telephone conference with client: | .2 |
| | Telephone conference with Attorney McHugh: | .4 |
| | Receipt and review of Professor Ouellette's Final report and forwarding the same to Judge McKenna, Attorney Juliand and the ALJ Docketing Center: | .7 |
| 10/17/02 | Correspondence to Attorney Juliand: | 1.7 |
| | Telephone conference with Attorney Juliand: | .6 |
| | Telephone conference with client: | .3 |
| | Telephone conference with Attorney McHugh: | .3 |
| 10/21/02 | Telephone conference with client: | .2 |
| 10/22/02 | Receipt and review of Professor Goudey's Report: | .3 |
| 10/23/02 | Correspondence to Judge McKenna, Re: Goudey's report with copies to Attorney Juliand and the ALJ Docketing Center: | .5 |

| 10/25/02 | Office conference with client: | 1.5 |
| | Correspondence to Attorney Juliand: | .4 |
| 10/29/02 | Preparing and filing Attorney McHugh's Notice of Appearance: | .3 |
| 10/30/02 | Correspondence to Attorney Juliand: | 1.0 |
| 11/08/02 | Office conference with client: | 2.5 |
| | Correspondence to Attorney Robert Hogan: | 1.6 |
| 11/12/02 | Telephone conference with Attorney Hogan: | .3 |
| 11/13/02 | Office conference with client and Attorney McHugh: | 6.0 |

26.60 hours @ $150.00 = $3,990.00

## Pamela F. Lafreniere
*Attorney and Counselor at Law*

888 Purchase Street ● Suite 414 ● New Bedford ● Massachusetts 02740
Telephone: (508) 979-5911
Facsimile: (508) 993-3117

## BILL FOR SERVICES

January 21, 2003

## CLIENT

Frontier Fishing Corp.
113 MacArthur Drive
New Bedford, MA 02740


Re:  Frontier Fishing Corp./Manuel Valente
     NE970201FM/V/ (F/V Settler)


| DATE | DESCRIPTION | TIME |
|------|-------------|------|
| | Legal services including but not limited to: | |
| 11/15/02 | Review of case in preparation for Hearing: | 2.0 |
| 11/18/02 | Office conference with Attorney McHugh and client, re: preparing for trial: | 6.0 |
| 11/19/02 | Travel to and from and attendance at trial: | 11.25 |
| 11/20/02 | Travel to and from and attendance at trial: | 13.00 |
| 1/09/03 | Correspondence to the Judge's Clerk, Re: scheduling order: | .4 |

#414 5003
1/303

| Date | Description | Hours |
|------|-------------|-------|
| 1/13/03 | Office conference with client: | 1.0 |
| | Numerous telephone conferences with Tim McHugh, Esquire: | 1.0 |
| 1/15/02 | Review of case file regarding the drafting of the Joint Stipulation of Facts: | 5.0 |
| 1/16/02 | Review of case file regarding the drafting of the Joint Stipulation of Facts: | 5.0 |

44.65 hours @ $150.00 =        $6,697.50

Courtesy Credit:              -   697.50

Total:                        $6,000.00

2

**Pamela F. Lafreniere**
*Attorney and Counselor at Law*

888 Purchase Street • Suite 414 • New Bedford • Massachusetts 02740
Telephone: (508) 979-5911
Facsimile: (508) 993-3117

## BILL FOR SERVICES

March 11, 2003

## CLIENT

Frontier Fishing Corp.
113 MacArthur Drive
New Bedford, MA 02740

Re:    Frontier Fishing Corp./Manuel Valente
       NE970201FM/V/ (F/V Settler)

| DATE | DESCRIPTION | TIME |
|------|-------------|------|
|  | Legal services including but not limited to: |  |
| 1/23/03 | Drafting and filing Motion to Continue Filing of the Joint Stipulations; | .4 |
|  | Drafting, reviewing and preparing the Joint Stipulations of Fact; | 4.0 |
| 2/3/03 | Drafting and filing Motion to Continue the Filing of the Briefs; | .4 |
| 2/3/03 – 2/7/03 | Drafting, reviewing and preparing Respondents Post Hearing Brief; | 16.0 |

| Date | Description | Hours |
|---|---|---|
| 2/11/03 | Receipt and review of Agency's Motion that the Court Deem Respondents' Post Hearing Brief Final as filed on February 7, 2003; | .5 |
| 2/19/03 | Preparing and filing motion to continue the time to file Reply Briefs. | .4 |
| 2/24/03 | Office conference with client, Re: drafting Reply Briefs; | 7.0 |
| 2/25/03 | Office conference with client, Re: drafting Reply Briefs; | 7.0 |
| 2/26/03 | Office conference with client, Re: drafting Reply Briefs; | 10.0 |
| | Drafting comment to Agency's Reply Brief, Re: misinterpretation of law, and office conference With client regarding the same; | 3.0 |
| | Receipt and review of Agency's Motion That the Court not consider Respondent's unauthorized Comment; | .5 |
| | Numerous telephone conferences with client; | 2.5 |
| | Numerous telephone conferences and e-mails with Attorney Timothy R. McHugh; | 4.5 |

56.20 total hours @ $150.00 =     $8,430.00
    Courtesy Credit:          -   430.00

TOTAL:                          $8,000.00

**Pamela F. Lafreniere**
*Attorney and Counselor at Law*
888 Purchase Street•Suite 217•New Bedford•Massachusetts 02740
Telephone: (508) 979-5911
Facsimile: (508) 993-3117

## BILL FOR SERVICES

September 8, 2003

## CLIENT

Frontier Fishing Corp.
113 MacArthur Drive
New Bedford, MA 02740

Re:   Frontier Fishing Corp.,/Manuel Valente
      NE970201FM/V/ (F/V Settler)

| DATE | DESCRIPTION | TIME |
|------|-------------|------|
| | Legal services including but not limited to: | |
| 8/19/03 | Research and drafting petition for review; Office conference with client: | 3.0 |
| 8/20/03 | Drafting Petition for Review; Office Conference with Client: | 3.5 |
| 8/21/03 | Research of case law included in decision Drafting Petition for Review; Office Conference with Client: | 3.0 |
| 8/22/03 | Drafting Petition for Review, including research; Office Conference with Client: | 7.0 |

| | | |
|---|---|---|
| 9/02/03 | Drafting Petition for Review; Office Conference with Client: | 7.0 |
| 9/03/03 | Drafting Petition for Review; Office Conference with Client: | 7.0 |
| 9/04/03 | Drafting Petition for Review; Office Conference with Client: | 8.0 |
| 9/05/03 | Drafting Petition for Review; Office Conference with Client: | 2.0 |

40.5 total hours @ $150.00 =
TOTAL:                                    $6,075.00

2

## Pamela P. Laffreniere
### Attorney and Counselor at Law

888 Purchase Street. Suite 217. New Bedford. Massachusetts 02740
Telephone:  (508) 979-5911
Facsimile:  (508) 993-3117

## BILL FOR SERVICES

December 8, 2003

**CLIENT**

Frontier Fishing Corp.
113 MacArthur Drive
New Bedford, MA 02740

Re:  F/V Settler/Barney Frank Letter

| **Date** | **Description** | **Time** |
|---|---|---|
| | For legal services rendered, including but not limited to: | |
| | Drafting and editing of letter, including review of pertinent information in file; | 3.0 |
| | Numerous office conferences with Client: | 9.0 |
| | Numerous telephone conferences with Mr. Garth Patterson of Congressman's Frank's office: | 1.5 |
| | Numerous telephone conferences With client: | 1.0 |

Total hours 12 @ $150.00 =               $2,175.00
    Courtesy Credit:                        -1,175.00

Balance:                                     $1,000.00

**Pamela F. Lafreniere**
*Attorney and Counselor at Law*
888 Purchase Street • Suite 414 • New Bedford • Massachusetts 02740
Telephone: (508) 979-3911
Facsimile: (508) 993-3117

Date: __12/10/01__

Please deliver the following pages to: __Ms. Harriet Didrikuen__
Company Name: _____
Telephone: (___) _____    Facsimile ( ) __991-3229__
Number of Pages including cover sheet: __2__
If you do not receive all pages clearly, please call back as soon as possible.

MESSAGE:
__Paula has asked Mr. Ouellette__
__to forward this invoice directly to your office__

THE MATERIALS ACCOMPANYING THIS FAX MAY CONTAIN CONFIDENTIAL
INFORMATION THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED
FOR USE ONLY BY THE INDIVIDUAL OR ENTITY NAMED AS THE INTENDED
RECIPIENT. IF YOU ARE NOT THE INTENDED RECIPIENT OF THESE DOCUMENTS.
YOU ARE PROHIBITED FROM DISCLOSING OR DISTRIBUTING ANY OF THE CONTENTS
OF THIS TRANSMITTAL. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY
THE SENDER BY TELEPHONE IMMEDIATELY SO THAT THE DOCUMENTS MAY BE
RETRIEVED FROM YOU. THANK YOU.
BY: Pamela F. Lafreniere/ Silvia