# Timothy R. McHugh, P.C.

*Attorney at Law and Proctor in Admiralty*
P.O. Box 211
Southborough Massachusetts 01772

Invoice submitted to:

October 12, 2002

I.R.S. I.D. No. 04-3460402

Frontier Fishing Corp.
c/o Edie and Marie Boat Settlements
113 MacArthur Drive
New Bedford MA 02740

In Reference To:   Boat Settler - NOAA Proceedings
Invoice #          10017

Professional services

|          |                                                                                           | Hours | Amount |
|----------|-------------------------------------------------------------------------------------------|-------|--------|
| 8/26/02  | Long Telephone conversation with Atty. Lafreniere; reviewed faxed documents; opened file  | 1.00  | 175.00 |
| 9/3/02   | Telephone conversation with Client concerning retainer, documents, method of proceeding   | 0.25  | 43.75  |
| 9/16/02  | Reviewed Coast Guard navigation information; plotted radar log information                | 1.85  | 323.75 |
| 9/17/02  | Telephone conversation with Atty Lafreniere                                               | 0.03  | 5.25   |
|          | Telephone conversation with Atty Lafreniere re: meeting to discuss strategy with client   | 0.17  | 29.75  |
| 9/18/02  | Prepared maneuvering board plots of Spencer log positions                                 | 2.00  | 350.00 |
| 9/19/02  | Reviewed plot information; additional navigation data and plots                           | 1.50  | 262.50 |
|          | Prepared surface plots and maneuvering boards based upon Coast Guard data sheet           | 1.62  | 283.50 |

Frontier Fishing Corp.                                                                 Page    2

|         |                                                      | Hours | Amount       |
|---------|------------------------------------------------------|-------|--------------|
| 9/20/02 | Reviewed Coast Guard materals; analyzed plotting     | 1.41  | 246.75       |
|         | Reviewed hearing transcripts                         | 3.25  | 568.75       |
| 9/26/02 | Reviewed Expert witness reports for both sides       | 2.72  | 476.00       |
|         | For professional services rendered                   | 15.80 | $2,765.00    |
| 9/5/02  | Retainer                                             |       | ($1,000.00)  |
|         | Balance due                                          |       | $1,765.00    |

# Timothy R. McHugh

*Attorney at Law and Proctor in Admiralty*

P.O. Box 211
Southborough MA 01772

Invoice submitted to:

November 08, 2002

Frontier Fishing Corp.
c/o Edie and Marie Boat
Settlements
113 MacArthur Drive
New Bedford MA 02740

I.R.S. I.D. No. 04-3460402

In Reference To: Boat Settler - NOAA Proceedings

Invoice # 10032

### Professional Services

|  | Hours | Amount |
|---|---|---|
| 10/1/02 Prepared for meeting with client; travel to New Bedford and return; meeting in New Bedford with Ms. Didrikson and Atty. Lafreniere | 5.75 | 1,006.25 |
| Reviewed hearing transcripts, navigation data; prepared surface plots; | 3.10 | 542.50 |
| 10/8/02 Reviewed hearing transcripts; telephone conversation with Atty Lafreniere, telephone call to Prof. Ouellette | 3.75 | 656.25 |
| 10/15/02 Telephone conversation with Atty Lafreniere, Professor Ouellette; reviewed case files; revised letter to Atty Juliand | 1.34 | 234.50 |

1

Frontier Fishing Corp.

|  |  | Hours | Amount |
|---|---|---|---|
| 10/15/02 | Telephone conversation with Atty. Lafreniere, Prof Ouellette; reviewed navigation data sheet; updated surface plots based on Navigation data sheet entries and smooth logbook entries | 0.33 | 57.75 |
| 10/17/02 | Drafted letter to Atty Juliand | 3.45 | 603.75 |
|  | Drafted letter to Atty Juliand; reviewed plots against Navigation Data Sheet; reviewed testimony; reviewed and revised Juliand letter; telephone conversations with Atty. Lafreniere; Telephone call to client | 2.46 | 430.50 |
| 10/18/02 | Telephone conversation with Atty. Lafreniere re: letter, strategy | 0.13 | 22.75 |
| 10/21/02 | Telephone conversation with Ms. Didrikson, Prof. Ouellette, Atty Lafreniere; legal research on Equal Access to Justice Act | 1.40 | 245.00 |
| 10/22/02 | Telephone conversation with Ms. Didrikson; Atty Lafreniere, Mr. Goudey | 1.26 | 220.50 |
| 10/23/02 | Telephone conversation with Atty Fidell re: EAJA; Atty Lafreniere; legal research to get Buckhannon case; reviewed Commerce EAJA Regulations | 0.72 | 126.00 |
| 10/25/02 | Telephone conversation with Atty Lafreniere, Ms. Didrikson; reviewed draft of Settlement facsimile. | 0.78 | 136.50 |

2

Frontier Fishing Corp.

|  |  | Hours | Amount |
|---|---|---|---|
| 10/28/02 | Reviewed and revised proposed settlement Agreement from NOAA; telephone conversations with client and Atty Lafreniere | 2.27 | 397.25 |
| 10/29/02 | Telephone conversation with Atty Juliand; Ms. Dirikson; Atty Lafreniere; letter to Atty Juliand re: settlement | 0.92 | 161.00 |
| 10/30/02 | Telephone conversation with Atty. Lafreniere; reviewed Agency PPIP and prior dispositions; letter to Atty Juliand; | 1.52 | 266.00 |
| 11/7/02 | Prepared schedule for hearings | 0.43 | 75.25 |
|  | For professional services rendered | 29.61 | $5,181.75 |
|  | Previous balance |  | $1,765.00 |
| 11/2/02 | Payment - thank you. Check No. 4107 |  | ($1,765.00) |
|  | Total payments and adjustments |  | ($1,765.00) |
|  | Balance due |  | $5,181.75 |

3

# Timothy R. McHugh

*Attorney at Law and Proctor in Admiralty*

P.O. Box 211
Southborough MA 01772

Invoice submitted to:

Frontier Fishing Corp.
c/o Edie and Marie Boat Settlements
113 MacArthur Drive
New Bedford MA 02740

December 27, 2002

I.R.S. I.D. No. 04-3460402

In Reference To: Boat Settler - NOAA Proceedings

Invoice # 10043

## Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 11/8/02 | Telephone conversation with Mr. DeAlteris; Atty LaFreniere re planning for hearing | 0.37 | 64.75 |
|  | Telephone conversation with Client, Atty Lafreniere; drafted letter to Atty Hogan; reviewed deAlteris report | 1.93 | 337.75 |
| 11/13/02 | Conference concerning with client and counsel to prepare for hearing; travel to New Bedford and return | 7.50 | 1,312.50 |
| 11/14/02 | Telephone conversation with Prof. Ouellette; Atty Lafreniere re: scheduling; meeting with Mr. Goudey for hearing preparation | 1.75 | 306.25 |

1

Frontier Fishing Corp.

|  |  | Hours | Amount |
|---|---|---|---|
| 11/15/02 | Meeting outside office with Professor Ouellette; telephone conversations with Ms. Didrikson, Atty Lafreniere | 6.50 | 1,137.50 |
| 11/18/02 | Meeting outside office with Ms. Didrikson, Atty. Lafreniere, calls to witnesses; prepared for trial; travel to New Bedford and return. | 9.53 | 1,667.75 |
| 11/19/02 | Travel to Boston and return; trial of F/V Settler case | 9.72 | 1,701.00 |
| 11/20/02 | Travel to Boston and return; trial of F/V Settler case; | 10.28 | 1,799.00 |
| 11/21/02 | Telephone conversation with Atty Lafreniere to review trial and arrange for follow up. | 0.39 | 68.25 |
|  | Telephone conversation with client, experts concerning final brief | 0.85 | 148.75 |
| 11/23/02 | Legal research re: burden of proof; applicability of Rules of the Road | 1.00 | 175.00 |
| 11/26/02 | Telephone conversation with client concerning Diaz testimony | 0.76 | 133.00 |
|  | Telephone conversation with Atty Lafreniere | 0.84 | 147.00 |
| 12/4/02 | Drafted Memorandum of Argument | 2.52 | 441.00 |
|  | Case memorandum | 1.22 | 213.50 |
| 12/5/02 | Telephone conversation with client; continued work on Post Trial submissions | 2.50 | 437.50 |

2

Frontier Fishing Corp.

|  |  | Hours | Amount |
|---|---|---|---|
| 12/9/02 | Telephone conversation with client, Professor Ouellette, drafted memorandum | 3.62 | 633.50 |
| 12/10/02 | Telephone conversation with client | 1.01 | 176.75 |
| 12/11/02 | Telephone conversations with Atty Lafreniere, Ms. Didrikson, Prof. Ouellette | 1.63 | 285.25 |
|  | For professional services rendered | 63.92 | $11,186.00 |

Additional Charges :

| Parking fees | 7.00 |
|---|---|
| Parking fees | 7.00 |
| Navigation Charts and Supplies | 22.00 |
| Total costs | $36.00 |
| Total amount of this bill | $11,222.00 |
| Previous balance | $5,181.75 |
| 11/15/02 Payment - thank you. Check No. 4115 | ($5,181.75) |
| Total payments and adjustments | ($5,181.75) |
| Balance due | $11,222.00 |

3

# Timothy R. McHugh

P.O. Box 211
Southborough, MA 01772

Invoice submitted to:

Frontier Fishing Corp.

c/o Edie and Marie Boat Settlements
113 MacArthur Drive
New Bedford MA 02740

April 02, 2003

I.R.S. ID. No. 04-3460402

In Reference To: Boat Settler - NOAA Proceedings
Invoice #    10002

### Professional Services

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/6/03 | Telephone conversation with Sylvia concerning delivery of transcripts | 0.25 | 43.75 |
| 1/8/03 | Reviewed hearing transcripts, exhibits | 3.75 | 656.25 |
| 1/9/03 | Reviewed hearing transcripts, exhibits, expert reports | 5.55 | 971.25 |
| 1/17/03 | Telephone conversation with Ms. Didrikson concerning preparation of final brief | 0.25 | 43.75 |
| 1/22/03 | Telephone conversation with Atty Lafreniere, client re: stipulations | 1.25 | 218.75 |
| 1/23/03 | Reviewed transcripts for purpose of identifying stipulations | 3.88 | 679.00 |
| 1/27/03 | Reviewed Regulations, Coast Guard citations; prepared stipulations of fact and question of law. | 3.89 | 680.75 |
| 1/28/03 | Telephone conversation with client; review of stipulations | 1.12 | 196.00 |
| 1/31/03 | Meeting outside office with Ms. Didrikson, Atty Lafreniere; travel to New Bedford and return | 5.50 | 962.50 |
| 2/4/03 | Drafted Proposed Findings of Fact and Conclusions of Law; conferences with client, counsel and experts | 7.42 | 1,298.50 |
| 2/5/03 | Drafted Proposed Findings of Fact and Conclusions of law; conferences with client, counsel and experts | 5.78 | 1,011.50 |
| 2/6/03 | Drafted Proposed Findings of Fact and Conclusions of law; conferences with client, counsel and experts | 8.22 | 1,438.50 |

## Timothy R. McHugh

Frontier Fishing Corp.

Page 2

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/7/03 | Drafted Proposed Findings of Fact and Conclusions of law; conferences with client, counsel and experts; e-mails to Judge, NOAA | 7.27 | 1,272.25 |
| 2/10/03 | Reviewed filings; submitted errata sheet; reviewed response from NOAA | 3.25 | 568.75 |
| 2/24/03 | Drafted reply brief; telephone conversation with client | 9.07 | 1,587.25 |
| 2/25/03 | Drafted reply Brief; telephone conversations with Ms. Didrikson, Mr. Ouellette | 6.88 | 1,204.00 |
| 2/26/03 | Drafted reply brief, reviewed records, expert reports; telephone conversations with client, experts | 7.75 | 1,356.25 |
| 2/28/03 | Reviewed Agency brief; drafted comment on Agency brief; telephone conversations with Ms. Didrikson, Atty. Lafreniere | 1.25 | 218.75 |
| 3/3/03 | Telephone conversations with client, Atty. Lafreniere; revised comment on Agency reply brief. | 1.15 | 201.25 |
| 3/4/03 | Reviewed Agency filing; telephone conversation with Atty. Lafreniere | 0.25 | 43.75 |
|  | Telephone conversation with Atty Lafreniere and Ms. Didrikson concerning Court response to late filings | 1.42 | 248.50 |
| 3/6/03 | Telephone conversation with Atty Lafreniere concerning post trial documents, court remarks | 0.42 | 73.50 |
| 3/26/03 | Telephone conversation with Ms. Didrikson re: case | 1.25 | 218.75 |

For professional services rendered          86.82   $15,193.50

Additional Charges :

Delivery to Judge McKenna, Atty Cole, ALJ Docketing Center          46.08

Total costs          $46.08

Total amount of this bill          $15,239.58

Previous balance          $11,222.00

1/6/03 Payment - thank you          ($11,222.00)

Total payments and adjustments          ($11,222.00)

Balance due          $15,239.58

**Timothy R. McHugh, P.C.**
P.O. Box 211
Southborough, MA 01772

I.R.S. Id. No. 04-3460402

September 16, 2003

Invoice submitted to:

Frontier Fishing Corp.
c/o Edie and Marie Boat Settlements
113 MacArthur Drive
New Bedford MA 02740

In Reference To: Boat Settler - NOAA Proceedings

Invoice #10089

| Professional Services | Hours | Amount |
|---|---|---|
| 8/12/2003 E-mails to experts; telephone conversation with Prof. Ouellette | 0.73 | 127.75 |
| Telephone conversation with client; Professor Ouellette; Lafreniere; reviewed NOAA decision | 1.75 | 306.25 |
| 8/15/2003 Travel to New Bedford and return; meeting with client | 1.75 | 1514.00 |
| 8/18/2003 Telephone conversation with Atty. Lafreniere, call to Ms. Didrikson; reviewed Judge McKenna's decision and attachments; telephone conversation with Atty. Blanton | 3.20 | 560.00 |
| 8/19/2003 Telephone conversation with Atty. Lafreniere, Prof. Ouellette; reviewed Ouellette reports; Reviewed Initial Draft of Appeal | 6.25 | 1093.75 |
| 8/20/2003 Telephone conversation with Atty. Lafreniere; e-mail to Attorney Blanton | 0.80 | 140.00 |
| 8/21/2003 Telephone conversations with Atty. Lafreniere, Ms. Didrikson | 2.54 | 444.50 |
| Conversation with Atty. LaFreniere re: Daubert implications | 0.42 | 73.50 |
| 8/26/2003 Reviewed Judge's decision, Ouellette e-mails; revised argument; telephone call to client | 4.49 | 785.75 |

*[handwritten: 108.55, 14.34, 10.56]*

# Timothy R. McHugh, P.C.

Invoice No. 10089

September 16, 2003

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/27/2003 | Telephone conversation with Prof. Ouellette; reviewed analysis; sent documents bye-mail; | 1.94 | 339.50 |
| 8/28/2003 | Prepared data for Rep. Frank; reviewed and revised arguments for appeal; telephone conversation with client | 3.55 | 621.25 |
| 8/29/2003 | Telephone conversation with client; refined outline using Court decision; revised argument | 2.60 | 455.00 |
| 9/2/2003 | Drafted Appeal Brief | 4.38 | 766.50 |
| 9/3/2003 | Drafted and revised argument concerning navigation errors and plot comparisons | 6.39 | 1,118.25 |
| 9/4/2003 | Drafted documents for appeal, telephone conversations with client, counsel | 5.75 | 1,006.25 |
|   | For professional services rendered | 57.36 | $10,038.00 |

*[handwritten notations:]*
5000 10 # 4409 10/16/03
5038.00
# 2593
12/17/03