CLINTON & MUZYKA, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

IRS# 04-2826736

ontier Fishing Corp.
o Pamela Lafreniere, Esquire
8 Purchase Street, Suite 217
w Bedford, MA  02740

MAY 21, 2004

Statement #   10432
Billing Id:   483-0001

PAGE     1

standing Balance:
ainer
                                                                $0.00
fessional services rendered from 05/17/04 through and including 05/21/04
                                                                $0.00

          F/V SETTLER
          Appeal of NOVA & NOPS
          DOI: October 16, 1997
File:     483-001-TJM
Reference:

|  |  |  | HRS | RATE | FEES |
|---|---|---|---|---|---|
| 7/04 | TJM | T/C w/Pamela Lafreniere | 0.40 | 195.00 | 78.00 |
| 7/04 | TJM | Review ALJ Decision, Discretionary Appeal Decision, and Briefs | 3.00 | 195.00 | 585.00 |
| 3/04 | TJM | Review of law, draft opinion letter | 2.00 | 195.00 | 390.00 |
| 3/04 | TJM | T/C w/Pamela Lafreniere, conference call w/client and Pamela Lafreniere re: appeal | 3.00 | 195.00 | 585.00 |
| /04 | TJM | Review of hearing transcript, other documents and Exhibit 40, Exhibit 16 | 2.80 | 195.00 | 546.00 |
| /04 | TJM | Dictate report to client, t/c w/Harriet Didriksen | 1.70 | 195.00 | 331.50 |

                       FEE/HOUR SUMMARY

   Thomas J. Muzyka       12.90 hours @ $195.00        2,515.50

         TOTAL HOURS
         TOTAL FEES                          12.90
                                                       2,515.50
   DISBURSEMENTS


         Current billing total                              $2,515.50
         Total Balance Due            # 4597               $2,515.50