Stephen M. Ouellette, Esquire

163 Cabot Street  
Beverly, MA 01915

Invoice #    1075

Federal Tax ID No. 04-3272496

BILL TO

Frontier Fishing Corp.  
c/o Edie & Marie Boat Settlements  
113 MacArthur Dr.  
New Bedford, MA 02740-7217

6/28/2004

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/22/2004 | SMO | Tel conv with Harriet. | 0.4 | 175.00 | 70.00 |
| 6/7/2004 | Mileage Reimb Group | Travel to and From Boston | 45 | 0.40 | 18.00 |
| 6/2/2004 | | Filing Fee | | 150.00 | 150.00 |
| 6/3/2004 | | Hand Delivery to USDC | | 3.00 | 3.00 |
| 6/7/2004 | | Tolls | | 3.00 | 3.00 |
| 6/7/2004 | | Parking | | 7.00 | 7.00 |
| 6/14/2004 | | Certified mail-service on Gov't officials | | 18.37 | 18.37 |
| | | Total Reimbursable Expenses | | | 181.37 |

**Total**    $269.37

Stephen M. Ouellette, Esquire

163 Cabot Street
Beverly, MA 01915

Invoice #    1172

Federal Tax ID No. 04-3272496

BILL TO

Frontier Fishing Corp.
c/o Edie & Marie Boat Settlements
113 MacArthur Dr.
New Bedford, MA 02740-7217

11/1/2004

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/30/2004 | SMO | Draft Complaint and accompanying civil cover sheets. | 1 | 175.00 | 175.00 |
| 9/14/2004 | SMO | E-mail to DOJ, draft proposed scheduling order and forward to Court. | 1 | 175.00 | 175.00 |
| 9/21/2004 | SMO | Travel to and attend scheduling conference. | 1.5 | 175.00 | 262.50 |
| 10/4/2004 | SMO | Begin review of Administrative Record. | 2 | 175.00 | 350.00 |
| 10/4/2004 | SMO | Research radar issues. | 1 | 175.00 | 175.00 |
| 10/28/2004 | SMO | Meeting with Gerald A. Ouellette re: appeal and review of Administrative Record. | 2 | 175.00 | 350.00 |
| 10/29/2004 | SMO | Meeting with Gerald A. Ouellette re: appeal and review of Administrative Record. | 2 | 175.00 | 350.00 |

**Total** $1,837.50

Stephen M. Ouellette, Esquire

163 Cabot Street
Beverly, MA 01915

Federal Tax ID No. 04-3272496

# Statement

| Date |
|---|
| 11/1/2004 |

To:

Frontier Fishing Corp.
c/o Edie & Marie Boat Settlements
113 MacArthur Dr.
New Bedford, MA 02740-7217

| Amount Due | Amount Enc. |
|---|---|
| $2,106.87 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/01/2004 | Balance forward | | 0.00 |
| 06/28/2004 | INV #1075 | 269.37 | 269.37 |
| 11/01/2004 | INV #1172 | 1,837.50 | 2,106.87 |

*#2849*
*11.249*

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 1,837.50 | 0.00 | 0.00 | 0.00 | 269.37 | $2,106.87 |

Stephen M. Ouellette, Esquire

163 Cabot Street
Beverly, MA 01915

Invoice # 1212

Federal Tax ID No. 04-3272496

BILL TO

Frontier Fishing Corp.
c/o Edie & Marie Boat Settlements
113 MacArthur Dr.
New Bedford, MA 02740-7217

12/11/2004

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/5/2004 | SMO | Meeting in office with GAO to review SETTLER info and review Fifth Plot. | 3 | 175.00 | 525.00 |
| 12/6/2004 | SMO | Meeting with GAO, review materials. | 4 | 175.00 | 700.00 |
| 12/7/2004 | SMO | Meeting with GAO and Harriet. | 4 | 175.00 | 700.00 |
| 12/9/2004 | SMO | Drafting letter to Atty. Johnson. | 1.5 | 175.00 | 262.50 |

#2933
12 23.01

**Total**  $2,187.50

Stephen M. Ouellette, Esquire

163 Cabot Street
Beverly, MA 01915

Invoice #    1254

Federal Tax ID No. 04-3272496

BILL TO

Frontier Fishing Corp.
c/o Edie & Marie Boat Settlements
113 MacArthur Dr.
New Bedford, MA 02740-7217

1/19/2005

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/4/2005 | SMO | Tel conv with Harriet and Atty. Johnson. | 0.2 | 175.00 | 35.00 |
| 1/5/2005 | SMO | Tel. conv with client, Atty. Johnson. | 0.2 | 175.00 | 35.00 |
| 1/6/2005 | SMO | Tel conv with Atty. Johnson and draft motion. | 0.5 | 175.00 | 87.50 |
| 1/7/2005 | SMO | Revise and forward daft motion. | 0.4 | 175.00 | 70.00 |
| 1/10/2005 | SMO | Meeting with Harriet. | 9 | 175.00 | 1,575.00 |
| 1/11/2005 | SMO-No Charge | Locate File. | 1 | 0.00 | 0.00 |
| 1/13/2005 | SMO | Tel conv with Harriet. | 0.3 | 175.00 | 52.50 |
| 1/18/2005 | SMO | Tel conv with Harriet. | 0.2 | 175.00 | 35.00 |

Total    $1,890.00

Stephen M. Ouellette, Esquire

163 Cabot Street
Beverly, MA 01915

Invoice #  1290

Federal Tax ID No. 04-3272496

BILL TO

Frontier Fishing Corp.
c/o Edie & Marie Boat Settlements
113 MacArthur Dr.
New Bedford, MA 02740-7217

3/11/2005

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/8/2005 | SMO | Tel conv with Harriet. | 0.7 | 175.00 | 122.50 |

# 300/
3/22/05

Total  $122.50

Stephen M. Ouellette, Esquire

163 Cabot Street
Beverly, MA 01915

Invoice # 1369

Federal Tax ID No. 04-3272496

BILL TO

Frontier Fishing Corp.
c/o Edie & Marie Boat Settlements
113 MacArthur Dr.
New Bedford, MA 02740-7217

4/12/2005

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/16/2005 | SMO | Review and forward letter from DOJ. Call to GAO. | 0.4 | 175.00 | 70.00 |
| 3/18/2005 | SMO | Reviewing documents. | 2 | 175.00 | 350.00 |
| 3/21/2005 | SMO | Reviewing transcript. | 4 | 175.00 | 700.00 |
| 3/22/2005 | SMO | Reviewing transcript. | 4 | 175.00 | 700.00 |
| 3/22/2005 | SMO | Tel conv with GAO, review docs. | 0.2 | 175.00 | 35.00 |
| 3/23/2005 | SMO | Reviewing transcript. | 2 | 175.00 | 350.00 |
| 3/24/2005 | SMO | Tel conv with Harriet. | 0.3 | 175.00 | 52.50 |
| 3/24/2005 | SMO | Tel conv with Harriet, reviewing legal issues re: supplementation to the record. | 1.5 | 175.00 | 262.50 |
| 3/25/2005 | DSS | Legal research. | 3 | 150.00 | 450.00 |
| 3/28/2005 | SMO | Preparing materials for brief. | 2 | 175.00 | 350.00 |
| 3/28/2005 | DSS | More research. Review DOJ manuals and vindicate law. | 1.3 | 150.00 | 195.00 |
| 3/29/2005 | SMO | Tel conv with GAO, Harriet, reviewing docs, drafting, etc. | 6 | 175.00 | 1,050.00 |
| 3/30/2005 | SMO | Tel conv with GAO, Harriet, reviewing docs, drafting, etc. | 6.5 | 175.00 | 1,137.50 |
| 3/30/2005 | DSS | Review record. Draft motion. Draft letter to AUSA. | 4 | 150.00 | 600.00 |
| 3/31/2005 | SMO | Drafting motion/memo. | 8 | 175.00 | 1,400.00 |
| 3/31/2005 | DSS | Edit motion and review requests for exculpatory evidence to be applied. Review affidavit. | 2 | 150.00 | 300.00 |
| 4/1/2005 | SMO | Meeting with Harriet, GAO, etc. | 4 | 175.00 | 700.00 |
| 4/1/2005 | SMO | Lunch with Harriet, GAO, DSS. | 1 | 175.00 | 175.00 |
| 4/1/2005 | DSS | Continue to work on Motion and supporting documents. | 4.5 | 150.00 | 675.00 |

**Total**

Stephen M. Ouellette, Esquire

163 Cabot Street  
Beverly, MA 01915

Invoice #  1369

Federal Tax ID No. 04-3272496

BILL TO

Frontier Fishing Corp.  
c/o Edie & Marie Boat Settlements  
113 MacArthur Dr.  
New Bedford, MA 02740-7217

4/12/2005

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/4/2005 | SMO | Drafting memorandum, review materials. | 4 | 175.00 | 700.00 |
| 4/5/2005 | SMO | Drafting memorandum, review materials. | 4 | 175.00 | 700.00 |
| 4/6/2005 | SMO | Drafting memorandum, review materials. | 12 | 175.00 | 2,100.00 |
| 4/6/2005 | DSS | Work on brief. | 6 | 150.00 | 900.00 |
| 4/7/2005 | SMO | Drafting memorandum, review materials. | 8 | 175.00 | 1,400.00 |
| 4/7/2005 | DSS | Assist with reviewing and finalizing brief. | 5.5 | 150.00 | 825.00 |
| 4/11/2005 | SMO | Forward docs, tel conv with Harriet. | 0.1 | 175.00 | 17.50 |

**Total**  $16,195.00

Stephen M. Ouellette, Esquire

163 Cabot Street
Beverly, MA 01915

Invoice #  1401

Federal Tax ID No. 04-3272496

BILL TO

Frontier Fishing Corp.
c/o Edie & Marie Boat Settlements
113 MacArthur Dr.
New Bedford, MA 02740-7217

6/7/2005

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/16/2005 | SMO | E-mails with AUSA Johnson. | 0.3 | 175.00 | 52.50 |
| 5/20/2005 | SMO | E-mails with AUSA Johnson. | 0.3 | 175.00 | 52.50 |
| 5/23/2005 | SMO | E-mails with AUSA Johnson. | 0.2 | 175.00 | 35.00 |
| 5/25/2005 | SMO | E-mails with AUSA Johnson. | 0.2 | 175.00 | 35.00 |
| 5/26/2005 | SMO | Begin review of briefs and forward to Harriet. | 0.5 | 175.00 | 87.50 |

#3069
6-13-05

Total    $262.50

Stephen M. Ouellette, Esquire

163 Cabot Street  
Beverly, MA 01915

Invoice # 1440

Federal Tax ID No. 04-3272496

BILL TO

Frontier Fishing Corp.  
c/o Edie & Marie Boat Settlements  
113 MacArthur Dr.  
New Bedford, MA 02740-7217

7/5/2005

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/31/2005 | OA | writing/research | 3 | 30.00 | 90.00 |
| 6/1/2005 | OA | writing/research | 4 | 30.00 | 120.00 |
| 6/2/2005 | OA | writing/research | 4 | 30.00 | 120.00 |
| 6/3/2005 | OA | writing/research | 1 | 30.00 | 30.00 |
| 6/8/2005 | OA | Research | 3 | 30.00 | 90.00 |
| 6/8/2005 | OA | Reply Brief | 2 | 30.00 | 60.00 |
| 6/10/2005 | OA | Reply Brief | 1 | 30.00 | 30.00 |
| 6/15/2005 | SMO | Reviewing materials and drafting pleadings. | 4 | 175.00 | 700.00 |
| 6/16/2005 | OA | Research/writing. | 4 | 30.00 | 120.00 |
| 6/16/2005 | SMO | Reviewing materials and drafting pleadings. | 6 | 175.00 | 1,050.00 |
| 6/17/2005 | OA | Research/writing. | 4 | 30.00 | 120.00 |
| 6/21/2005 | OA | Editing. | 0.5 | 30.00 | 15.00 |
| 6/21/2005 | SMO | Drafting reply/opposition. | 6 | 175.00 | 1,050.00 |
| 6/22/2005 | OA | Editing. | 4 | 30.00 | 120.00 |
| 6/22/2005 | SMO | Drafting reply/opposition. | 6 | 175.00 | 1,050.00 |
| 6/27/2005 | OA | Editing/misc. | 3 | 30.00 | 90.00 |
| 6/27/2005 | SMO | Meeting with client, finalizing brief. | 5 | 175.00 | 875.00 |
| 6/28/2005 | SMO | Travel to storage to locate file. | 0.5 | 175.00 | 87.50 |

Total $5,817.50

Stephen M. Ouellette, Esquire

163 Cabot Street
Beverly, MA 01915

Invoice #   1474

Federal Tax ID No. 04-3272496

BILL TO

Frontier Fishing Corp.
c/o Edie & Marie Boat Settlements
113 MacArthur Dr.
New Bedford, MA 02740-7217

8/17/2005

Re: Legal Services

| DATE | ATTY | SERVICES | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/7/2005 | DSS | Spoke with Harriet. | 0.1 | 150.00 | 15.00 |
| 7/8/2005 | DSS | Spoke with Harriet. | 0.2 | 150.00 | 30.00 |
| 7/15/2005 | SMO | Exchange emails with Atty. Johnson. | 0.5 | 175.00 | 87.50 |
| 7/26/2005 | SMO | Review Motion to Strike. | 0.4 | 175.00 | 70.00 |
| 8/4/2005 | SMO | Receive and respond to letter re: DAS usage by SETTLER. Tel conv with Harriet. | 1 | 175.00 | 175.00 |

**Total**   $377.50