Clifford A. Goudey
21 Marlboro Street
Newburyport, MA 01950

## FAX Message

Page one of fifteen

Date:   23 August 2001
To:     Pamela F. Lafreniere                         Fax: 508-993-3117
From:   Cliff Goudey                                 Fax: 617-252-1615
Subj:   F/V Settler

Attached is a letter prepared as per the Court's request. Please let me know if you feel I have failed to fulfil the needs spell out by the judge.

Below is an itemization of the work I have done pursuant to the F/V Settler's case.

| Task | Hours | Rate | Amount |
|---|---|---|---|
| Document review and opinion preparation | 2 | 75 | $150.00 |
| Phone discussions | 0.7 | 75 | 52.00 |
| Court appearance | 6 | 100 | 600.00 |
| Preparation of technical basis | 5 | 75 | 375.00 |
| Total labor | | | 1,177.00 |

Expenses
| | |
|---|---|
| Lunch, 15 August | 4.50 |
| Parking, 15 August | 7.00 |
| Credit | -10.00 |
| Total expenses | 1.50 |
| Total to date | $1,178.50 |

A check for this amount can be sent to the address above. My social security number is 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.

Please let me know if you will be requiring additional services on this matter. I have hopes of being on vacation next week. As a result, I will only be reachable by phone at 207-833-6390 from 25 August through 2 September. The only planned exception is a Council RSC meeting on 30 August in Peabody.

Phone: 978-465-2238   Email: goudeymcgavern@mediaone.net
MIT Phone: 617-253-7079   MIT Fax: 617-252-1615   MIT email: cgoudey@mit.edu

# 3605
8/24/0