**DeAlteris Associates Inc.**
P.O. Box 251
Jamestown, RI 02825

30 April 2002

INVOICE

Pamela F. Lafreniere
Attorney and Counselor at Law
888 Purchase Street, Suite 414
New Bedford, MA 02740

Re: Case: U.S.DOC/NOAA vs. F/V Settler

| Date (2002) | Task | Time |
|---|---|---|
| 1 Feb | Initial contact with PLF | 0.5 |
| 2-4 Feb | Review notes/files on F/V Settler | 3.0 |
| 5 Feb | Draft letter report | 1.0 |
| 14 Feb | Call from PLF | 0.5 |
| 17 Feb | Review new materials | 1.0 |
| 19-21 Feb | Review more new materials in case package sent by PLF | 2.0 |
| 28 Feb | Phone call from PLF authorizing additional analysis | 0.5 |
| 5-15 Mar | Review of nav. plots | 2.5 |
| 15 Apr | Review letter of JLB dated 9 a.m., phone call to PLF | 1.0 |
| 20 Apr | Draft final letter report | 2.0 |
| 26 Apr | Phone call and faxes to Jerry at GAO regarding nav. analysis | 1.5 |

#437
5.30

| | | |
|---|---|---|
| 29 Apr | Revise final report, phone call PLP | 1.5 |
| | TOTAL | 17 hours |
| | 17 hours at $120 per hour | $2040.00 |
| | Advance retained | - 400.00 |
| | TOTAL DUE | $1640.00 |