EUDOMENA M. SILVA
CERTIFIED INTERPRETER
P.O. BOX 908
FALL RIVER, MASSACHUSETTS 02722
TAX ID # 016 46 1939

TELEPHONE
508-674-5470
508-673-5821

FAX
508-673-0217

Pamela F. LaFeniere Esq.                                    8/27/01
888 Purchase St Suite 414
New Bedford, Ma
02740

---

FOR PROFESSIONAL SERVICES

On 8/14/01 + 8/15/01 — Trial at U.S. District Court
Re: Manuel Valenta
Frontier Fishing Corp
F/V Settler    Docket No. NW970201FHV

8/14/01 — 8 hrs at $60.00/hr = $480.00
Mileage (100 miles) Travel Time + Parking = $65.00

8/15/01 — 7 hrs at $60.00/hr = $420.00
Mileage (100 miles) Travel Time + Parking = $65.00

Total Amount Due — $1030.00

Thank you!

# 3604
9-12-01

10/17/01    Receipt and review of Agency's Motion for

# 3713
(1,260)

**FILOMENA M. SILVA**
CERTIFIED INTERPRETER
P.O. BOX 908
FALL RIVER, MASSACHUSETTS 02722
Tax ID # 018 46 1939

TELEPHONE: 508-674-5470 / 508-673-5821
FAX: 508-673-0217

2/13/03

Atty. Pamela Lafrenière
888 Purchase St. Suite 414
New Bedford, Ma
02740

FOR PROFESSIONAL SERVICES

Boston Federal Court Trial in the Matter of:
Manuel Valente
Frontier Fishing Corp.
Docket No. NE 970201
(F/V Soletta)

Before: Hon. Parlon L. McKenna
Administrative Law Judge

11/19/02 — 8 hours (@60.00/hr) — 480.00
100 Miles — Mileage Travel Time + Parking — 65.00
11/20/02 — 8 hours — 480.00
   Mileage Travel Time + Parking — 65.00

Total Amount Due — $1,090.00

Thank you!

$416
2-24-03