| GAOA INVOICE: <u>PL-000701</u> | Date: 2000 July 21 (yr-mo-day) |
|---|---|
| To: Pamela LaFreniere<br>Attorney & Counselor at Law<br>404 County Street<br>New Bedford MA 02740 | From:<br>GAO Associates<br>P.O. Box 60333<br>Florence, MA 01062-0333 |
| ATTN: Accounts Payable re FV Settler | ATTN: Gerald Ouellette<br>Tel: (413) 586-3999 |

INVOICE REFERENCE:   Agreement re GAOA and P. LaFreniere

Your Line Item # 01

ACCOUNT or CONTRACT:   NA

INVOICE PARTICULARS:   Technical analysis re USCG CGC Spencer vs FV Settler regarding alleged incursion into restricted Gear Area - 7 hours @ $105

PAYMENT DUE: ———————————————— $ 735.00

*[handwritten: PD by [signature] We [illegible] on 1.11.00]*

Certifying Signature

| GAOA INVOICE: PL-000001 | |
|---|---|
| To: Pamela LaFreniere<br>Attorney & Counselor at Law<br>404 County Street<br>New Bedford MA 02740 | Date: 2000 August 21<br>(yr-mo-day)<br><br>From:<br>GAO Associates<br>P.O. Box 60333<br>Florence, MA 01062-0353 |
| ATTN: Accounts Payable re FV Settler | ATTN: Gerald Ouellette<br>Tel: (413) 586-3999 |

INVOICE REFERENCE:   Agreement re GAOA and P. LaFreniere

Your Line Item # 01

ACCOUNT or CONTRACT:   NA

INVOICE PARTICULARS:   Technical analysis re USCG CGC Spencer vs FV Settler regarding request dated August 10 - 2 hours @ $105

PAYMENT DUE: ─────────────────── $210.00

8/31/00

Certifying Signature

11/29/2000 10:23   4135869799   GAO ASSOCIATES   PAGE 02

| GAOA INVOICE: PL-001101 | Date: 2000 November 29 (yr-mo-day) |
|---|---|
| To: Pamela LaFreniere<br>Attorney & Counsellor at Law<br>404 County Street<br>New Bedford MA 02740<br><br>ATTN: Accounts Payable | From:<br>GAO Associates<br>P.O. Box 60333<br>Florence, MA 01062-0333<br><br>ATTN: Gerald Ouellette<br>Tel: (413) 586-3999 |

INVOICE REFERENCE:     Agreement re GAOA and P. LaFreniere

                       Your Line Item # 01

ACCOUNT or CONTRACT:   NA

INVOICE PARTICULARS:   Technical support and analysis for CGC Spencer vs FV Sealer
                       New technical computations and preparation for court hearing
                       5.5 hours @ 105.00/hr

PAYMENT DUE: ──────────────────── $592.50

*#340!*
*12.4.*

*[Certifying Signature]*

04/07/2006  15:29   5082245655                        GAO ASSOCIATES                    PAGE  01

| GAOA INVOICE: **PL-010801** | Date: **2001 August 23** (yr-mo-day) |
|---|---|
| To: Pamela LaFreniere<br>Attorney & Counselor at Law<br>404 County Street<br>New Bedford MA 02740<br><br>ATTN: Accounts Payable | From:<br>GAO Associates<br>P.O. Box 60333<br>Florence, MA 01062-0333<br><br>ATTN: Gerald Ouellette<br>Tel: (413) 586-3999 |

**INVOICE REFERENCE:**  Agreement re GAOA and P. LaFreniere

Your Line Item # 01

**ACCOUNT or CONTRACT:**  NA

**INVOICE PARTICULARS:**  Technical support and analysis for CGC Spencer vs FV Settler
1- July-August 11.5 hours (@ $125.00/hr) for analysis and preparation of material for upcoming court case. ($1437.50)
2- August 6 in New Bedford. 1 day $1000.00 + $93.00 travel exp.
3- August 14, 15 in Boston. 2 days $2000.00 + 122.00 travel exp.

**PAYMENT DUE:** ———————————————————— **$ 4,652.50**

Payment due on receipt of invoice.

Certifying Signature

| | |
|---|---|
| **GAOA INVOICE:** PL010001 | **Date:** 2001 August 23 (Y-MO-dy) |
| **To:** Pamela LaFrenicre<br>Attorney & Counsellor at Law<br>404 County Street<br>New Bedford MA 02740 | **From:**<br>GAO Associates<br>P.O. Box 60333<br>Florence, MA 01062-6333 |
| **ATTN:** Accounts Payable | **ATTN:** Gerald Ouellette<br>Tel (413) 586-3999 |

**INVOICE REFERENCE:**   Agreement re GAOA and P. LaFreniere

Your Line Item # 04

*[handwritten: 22 Warburton Way Northampton, MA 01060]*

**ACCOUNT or CONTRACT:**   NA

**INVOICE PARTICULARS:**   Technical support and analysis for CGC Spencer vs FV Settler
1- July-August 11.5 hours (@ $125.00/hr) for analysis and preparation of material for upcoming court case. ($1437.50)
2- August 6 in New Bedford. 1 day $1000.00 + $93.00 travel exp.
3- August 14, 15 in Boston. 2 days $2000.00 + 122.00 travel exp.

**PAYMENT DUE:** ................................... $ 4,652.50
Payment due on receipt of invoice.

*[handwritten: #3606 8/24/0]*

_____
Certifying Signature

| GAOA INVOICE: PL-011001 | Date: 2001 December 07 (yr-mo-day) |
|---|---|
| To:  Pamela LaFreniere<br>Attorney & Counselor at Law<br>404 County Street<br>New Bedford MA 02740<br><br>ATTN: Accounts Payable | From:<br>GAO Associates<br>P.O. Box 60333<br>Florence, MA 01062-0333<br><br>ATTN: Gerald Ouellette<br>Tel: (413) 586-3999 |

INVOICE REFERENCE:     Agreement re GAOA and P. LaFreniere

Your Line Item # 01

ACCOUNT or CONTRACT:    NA

INVOICE PARTICULARS:    Technical support and analysis for CQC Spencer vs FV Settler

PAYMENT DUE: ———————————————————— $2843.80

Payment due on receipt of invoice.

### Past Due. Original Invoice dated October 23, 2001

#3226
12-11-0

*Gerald Ouellette*
Certifying Signature

| | |
|---|---|
| GAOA INVOICE: <u>PL-011001</u> | Date: <u>2002 March 06</u><br>(yr-mo-day) |
| To: Fishing Vessel Settler<br>Edie & Marie Boat Settlements<br>113 MacArthur Drive<br>New Bedford MA 02740-7217 | From:<br>GAO Associates<br>P.O. Box 60333<br>Florence, MA 01062-0333 |
| ATTN: Accounts Payable | ATTN: Gerald Ouellette<br>Tel: (413) 586-3999 |

**INVOICE REFERENCE:** Agreement re GAOA and P. LaFreniere re Settler

Your Line Item # 01

**ACCOUNT or CONTRACT:** NA

**INVOICE PARTICULARS:** Technical support and analysis for CGC Spencer vs FV Settler
9 hours (@ $125.00/hr) for lengthy phone calls with Harriet Didricksen and associated analysis and preparation of material for continuing court case. ($1125.00)
Hourly breakdown 1 hr Jan 30; 2 hr Feb 1; 2 ½ hr Feb 6; 1 ½ hr Feb 18; 1 hr Feb 20; 1 hr Feb 24.

**PAYMENT DUE:** ——————————————————— $1125.00

Payment due on receipt of invoice.

*# 4334*
*3-11 02*

_Gerald Ouellette_
Certifying Signature

| | |
|---|---|
| GAO INVOICE: Settler20020826 | Date: August 26, 2002 (yr-mo-day) |
| To: Edie & Marie Boat Settlements<br>113 MacArthur Drive<br>New Bedford, MA 02740<br><br>ATTN: Accounts Payable re Settler | From:<br>GAO Associates<br>P.O. Box 60333<br>Florence, MA 01062<br><br>ATTN: Gerald Ouellette<br>(413) 586-3999 |

INVOICE REFERENCE: Agreement between Harriet Didriksen and G. Ouellette (GAOA)

Your Line Item # 01

ACCOUNT or CONTRACT: N/A

INVOICE PARTICULARS: Preparation work on Settler vs Spencer May 13, 2002 to August 26, 2002. Refinement of report, slide preparation for trial, various telephone conversations with Harriet Didriksen 17½ hours total.

PAYMENT DUE: $2,175.00

[handwritten: H 4057 9/2]

Certifying Signature                              Date (yr-mo-day)

| | |
|---|---|
| GAO INVOICE: Settler20021028 | Date: October 28, 2002 (yr-mo-day) |
| To:  Edie & Marie Boat Settlements<br>113 MacArthur Drive<br>New Bedford, MA 02740<br><br>ATTN: Accounts Payable re Settler | From:<br>GAO Associates<br>P.O. Box 60333<br>Florence, MA 01062<br><br>ATTN: Gerald Ouellette<br>(413) 586-3999 |

INVOICE REFERENCE:   Agreement between Harriet Didriksen and G. Ouellette (GAOA)

Your Line Item # 01

ACCOUNT or CONTRACT:   N/A

INVOICE PARTICULARS:   Preparation work on Settler vs Spencer October, 2002. Refinement of report, generation of Spencer locations at times of 1950, 2022, 2109 using data in the newly received Log-Navigation Data Sheet by extrapolating backwards in time from radar data sheet numbers, slide preparation for trial, multiple telephone conversations with Harriet Didriksen and Tim McHugh. Time expended 9 hours.

PAYMENT DUE: —————————————————— $1,125.00

#4100/
10/31

_____        02-10-28
Certifying Signature            Date (yr-mo-day)

| GAO INVOICE: Settler20021123 | Date: November 23, 2002 (yr-mo-day) |
|---|---|
| To: Edie & Marie Boat Settlements<br>113 MacArthur Drive<br>New Bedford, MA 02740<br><br>ATTN: Accounts Payable re F/V Settler | From:<br>GAO Associates<br>P.O. Box 60333<br>Florence, MA 01062-0333<br><br>ATTN: Gerald Ouellette<br>(413) 586-3999 |

**INVOICE REFERENCE:** Agreement between Harriet Didriksen & Gerald Ouellette

Your Line Item # 01

**ACCOUNT or CONTRACT:** N/A

**INVOICE PARTICULARS:** Preliminary preparation for and participation in the Judicial Hearing held on November 19-20, 2002 regarding Spencer vs Settler.
3 hrs preparation on November 18 per request for complete path of Spencer, etc ($375 for 3 hours). Travel to and from Boston $60. Taxi cost for three trips $36. Hotel plus parking for 2 nights $342. Two court days $2,000.

**PAYMENT DUE:** ------------------------------- $ 2813.00

*$2312*
*11/25*

*Gerald Ouellette*
Certifying Signature

| GAO INVOICE: <u>Settler20030303</u> | Date: <u>March 03, 2003</u><br>(yr-mo-day) |
|---|---|
| To:  Edie & Marie Boat Settlements<br>113 MacArthur Drive<br>New Bedford, MA 02740-7217<br><br>ATTN: Accounts Payable re F/V Settler | From:<br>GAO Associates<br>22 Warburton Way<br>Northampton, MA 01060-1657<br><br>ATTN: Gerald Ouellette<br>(413) 586-3999 |

**INVOICE REFERENCE:**   Agreement between Harriet Didriksen & Gerald Ouellette

Your Line Item # 01

**ACCOUNT or CONTRACT:**   N/A

**INVOICE PARTICULARS:**   Review of second Judicial Hearing papers of November 19-20, 2002 regarding Spencer vs Settler. Frequent long telephone discussions with Harriet Didriksen, Timothy McHugh, and Pamela Lafreniere. Review of brief drafts and preparation of information for integration into the final brief, including analysis and preparation of detailed figures for use by T. McHugh in his preparation of the brief. Total time expended 14 hours.

**PAYMENT DUE:** ———————————————————————— $ 1750.00

Note: Change of invoice address for GAO Associates. Florence P.O. Box used in past has been discontinued.

#4181
3.15.13

*[signature]*
Certifying Signature

| GAOA INVOICE: **Settler 20030827** | Date: 2003 August 27 (yr-mo-day) |
|---|---|
| To: Edie & Marie Boat Settlements<br>113 MacArthur Drive<br>New Bedford, MA 02740-7217<br><br>ATTN: Accounts Payable | From:<br>GAO Associates<br>87 Andrews Way<br>Plymouth, MA 02360-1641<br><br>ATTN: Gerald Ouellette<br>Tel: (508) 224-5655 |

**INVOICE REFERENCE:** Agreement re GAOA and Harriet Didriksen

Your Line Item # 01

**ACCOUNT or CONTRACT:** NA

**INVOICE PARTICULARS:** Technical support and analysis based on in-depth review of "Initial Decision and Order under Docket No. NE970201FM/V for fishing vessel Settler, preparation of response for appeal, and interaction with defense lawyers. Also, extensive phone conversations with Harriet Didriksen and preparation of additional reports in response to special requests. Total time expended exceed 40 hours - billable hours 31 @ $125/hr.

**PAYMENT DUE:** ———————————————— $ 3,875.00

#4362
x/25/03

_Gerald Ouellette_
Certifying Signature

| GAOA INVOICE: **STLR-041208** | Date: **2004 December 8** (yr-mo-day) |
|---|---|
| To: Edie & Marie Boat Settlements<br>113 MacArthur Drive<br>New Bedford, MA 02740-7217<br>Tel: 508-996-0525<br>Fax: 508-991-3227<br><br>ATTN: Accounts Payable | From:<br>Gerald Ouellette<br>GAO Associates<br>87 Andrews Way<br>Plymouth, MA 02360-1641<br><br>Tel: 508-224-5655 |

INVOICE REFERENCE: Agreement re GAOA and Harriet Didriksen

Your Line Item # 01

ACCOUNT or CONTRACT: NA

**INVOICE PARTICULARS:** Technical support and analysis for June through December 7, 2004.
June 1; 3 3/4 hrs Telephone conversation plus requested data analysis
June 18; ½ hr Telephone conversation plus requested data analysis
October 22; ½ hr Telephone conversation plus requested data analysis
November 30; 2 hrs Telephone conversation plus analysis of Setterstrom data plus "S" PLOT
December 5; 4 hrs at Steve Ouellette's office in Beverly analysis
December 6; 5 hrs at Steve Ouellette's office in Beverly analysis
December 7; 5 hrs at Steve Ouellette's office in Beverly with H. Didriksen
TOTAL: 20 3/4 hrs

PAYMENT DUE: ──────────────── $2593.00

#2884
12-5-04

_Gerald Ouellette_
Certifying Signature

GAOA INVOICE: **STLR-050525**

Date: **2005 May 25**
(yr-mo-day)

To:  Edie & Marie Boat Settlements
     113 MacArthur Drive
     New Bedford, MA 02740-7217
     Tel: 508-996-0525
     Fax: 508-991-3227

From:  Gerald Ouellette
       GAO Associates
       87 Andrews Way
       Plymouth, MA 02360-1641

ATTN: Accounts Payable

Tel: 508-224-5655

INVOICE REFERENCE:   Agreement re GAOA and Harriet Didriksen

Your Line Item # 01

ACCOUNT or CONTRACT:   NA

INVOICE PARTICULARS:   Technical support and analysis for Settler
Jan 8-9-10 at Rockport and Beverly 12 hrs.
Mar 31 at Beverly 7 hrs
Apr 1 at Beverly 4 hrs
Misc at Harriet's request 3 hrs
Final documentation support April 7 hrs.
Total time worked 33 hrs, time charged 80% or 26 hours

PAYMENT DUE: ——————————————————— $ 3,250.00

*Gerald Ouellette* (Certifying Signature)

| GAOA INVOICE: **STLR-20050808** | Date: 2005 August 8 (yr-mo-day) |
|---|---|
| To: Edie & Marie Boat Settlements<br>113 MacArthur Drive<br>New Bedford, MA 02740-7217<br>Tel: 508-996-0525<br>Fax: 508-991-3227<br><br>ATTN: Accounts Payable | From:<br>Gerald Ouellette<br>GAO Associates<br>87 Andrews Way<br>Plymouth, MA 02360-1641<br><br>Tel: 508-224-5655 |

**INVOICE REFERENCE:** Agreement re GAOA and Harriet Didriksen

Your Line Item # 01

**ACCOUNT or CONTRACT:** NA

**INVOICE PARTICULARS:** Technical support and analysis for Fishing Vessel Settler vs CGC Spencer
June 15, 16 at Beverly office. 10 hrs
June 21, 22 at Beverly office. 8 hrs
additional support June 25-27 on final documentation for District Court. 4 hrs
Total billing $2750.00
Payment $2,000.00 remaining on account $750.00  See Attached

**PAYMENT DUE:** ———————————————— $2,000.00

*Certifying Signature*