P.O. Box 8
Boston, MA 02112
(617) 426-3077

DATE 8/31/01
INVOICE # 25564
PO # or Apex #
TERMS Net 15

# Invoice

**BILL TO:**
Pamela LaFreniere, Law Office
888 Purchase Street, Suite 414
New Bedford, MA 02740

**SHIP TO:**
Pamela LaFreniere, Law Office
888 Purchase Street, Suite 414
New Bedford, MA 02740

| DATE | DESCRIPTION | QTY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/14/01 | USCG-Manuel Valente Frontier Fishing Corp, NW970201FM/V Vol I (1-255) | 255 | pgs | 2.50 | 637.50 |
| 8/14/01 | Condensed | 255 | pgs | 0.25 | 63.75 |
| 8/15/01 | Vol II (256-439) | 184 | pgs | 2.50 | 460.00 |
| 8/15/01 | Condensed | 184 | pgs | 0.25 | 46.00 |
| 8/31/01 | Delivery | 1 | shp | 10.00 | 10.00 |

#3625
9.10-9

1.50% PER MONTH ON UNPAID BALANCE
Fed ID# 04-3535286

**Total**  $1,217.25