## CIANCIULLI & OUELLETTE
ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
A Professional Association

163 CABOT STREET
BEVERLY, MASSACHUSETTS 01915

| | |
|---|---|
| Stephen M. Ouellette* | Telephone:  (978) 922-9933 |
| Lori A. Cianciulli | Facsimile:  (978) 922-6142 |
| ---------- | |
| David S. Smith* | |
| | E-mail:  fishlaw@aol.com |
| *Also Admitted in Maine | http://www.fishlaw.com |

July 6, 2006

Alexa Cole, Esquire
NOAA OGC                                              Via E-mail
1315 East West Highway
Silver Springs, MD 20910

Re:   Frontier Fishing Corp. v. NOAA

Dear Attorney Cole:

It has been some time since Judge Woodlock vacated the agency decision in this matter and remanded the case to the Agency. In light of his decision, the Agency should have forthwith returned the $35,000 payment made by Frontier Fishing Corp. We have made this request to Atty. Johnson. Would you please see that this is done immediately? If not, we will have to bring it to the Court's attention, since the failure to do so violates the intent of his order.

Please advise me as to the Agency's intentions with regard to remand of this matter. In connection therewith, and in accordance with FOIA, would you please forward to me:

1. A complete listing of all crew members on board the USCG SPENCER on the night of the alleged violations, indicating their posts, hours of assignment and in particular, all persons on duty in CIC and all crew who were operating or observing radars. Please include current addresses.

2. All logbooks for the USCG SPENCER for the date in question, including CIC, engine, maintenance, captain's logs, etc.

3. All guidelines for the USCG SPENCER and other USCG vessels for assigning identification numbers to radar contacts in effect at the time of the alleged violation.

Thank you for your attention to and courtesy in this regard.

Very truly yours,

*/s/ Stephen M. Ouellette*
Stephen M. Ouellette

Demand for Repayment.doc