**NORTHEAST REGION CIVIL ADMINISTRATIVE PENALTY SCHEDULE**

| VIOLATION | VIOLATION HISTORY -- PENALTY AMOUNT | | |
|---|---|---|---|
| | FIRST | SECOND | THIRD |
| **VIOLATIONS REGARDING GEAR** | | | |
| All violations regarding gear and methods of fishing, including but not limited to: mesh or trap size: mesh or trap configuration, constriction/obstruction; the number of pots, hooks or traps; type of gear; marking and tagging of gear; gear molestation; theft number of crew; etc. | $5,000 - $80,000 and/or up to 90 day permit sanction or denial | $10,000 - Statutory Maximum and/or up to 365 day permit sanction or denial, up to loss of 50% allocation/year | $20,000 - Statutory Maximum and/or up to permit revocation or denial and/or vessel seizure up to loss of 100% allocation/year or total loss |
| Violations regarding Weakfish & Horseshoe Crab Fishery gear and methods of fishing, including but not limited to: mesh or trap size: mesh or trap configuration, constriction/ obstruction; the number of pots, hooks or traps; type of gear; marking and tagging of gear; gear molestation; theft number of crew; etc. | $2,500-$15,000 | $5,000-$25,000 | $15,000- statutory maximum |

1                                                                      (Revised 5/02)

| VIOLATION | VIOLATION HISTORY -- PENALTY AMOUNT | | |
|---|---|---|---|
| | FIRST | SECOND | THIRD |
| Violations regarding net construction - mesh size:<br><br>less than 1/4 inch<br><br>1/4 inch to 1/2 inch<br><br><br><br><br><br><br><br>greater than 1/2 inch | WARNING<br><br>$1,000-$20,000<br><br><br><br><br><br><br><br>$5,000 -$80,000 | WARNING<br><br>$2,500-$15,000 and/or up to 90 days permit sanction or permit denial<br><br><br><br>$30,000 - statutory maximum and/or up to permit revocation or permanent ban on entry | WARNING<br><br>$10,000 - $50,000 and/or up to 365 days permit sanction or permit denial<br><br><br><br>$35,000 - statutory maximum and/or up to permit revocation or permanent ban on entry |
| **VIOLATIONS REGARDING THE FACILITATION OF ENFORCEMENT, SCIENTIFIC MONITORS OR OBSERVERS** | | | |
| All violations including, but not limited to: interfering, delaying, obstructing, assaulting, making false statements, failing to comply with an enforcement and or observer provision; refusing to allow an inspection, boarding or entry to an area of custody; dumping fish; interfering in the apprehension of another; and resisting arrest. | $5,000 - $50,000 (and/or up to 90 day permit sanction or denial) | $10,000 - $80,000 (and/or up to 365 day permit sanction or denial) | $30,000 - Statutory Maximum (and/or up to permit revocation or denial and/or vessel seizure) |

(Revised 5/02)

| VIOLATION | VIOLATION HISTORY -- PENALTY AMOUNT | | |
| --- | --- | --- | --- |
| | FIRST | SECOND | THIRD |
| **VIOLATIONS REGARDING PERMITS, REPORTING, DOCUMENTATION, EXEMPTION PERMIT REQUIREMENTS** | | | |
| All violations including, but not limited to: providing false statements or supporting documentation on an application or report; late or non-reporting; record or report retention; fishing without a valid permit; failing to maintain a permit in the legible form; fishing without a valid letter of authorization/extension/exemption; failing to comply with a permit condition/ restriction / letter of authorization or exemption; providing false statements and or failing to comply with VMS/ DAS requirements (tampering, etc.). (Technical or minor violations may result in a written warning, fix it ticket or summary settlement where appropriate for first, second and third time offenses.) | $5,000 - $80,000 (and/or up to 90 day permit sanction or denial) | $10,000 - Statutory Maximum (and/or up to 365 day permit sanction or denial and/or forfeiture of the vessel) | $20,000 - Statutory Maximum (and/or up to permit revocation or denial or permanent ban on entry and/or forfeiture of vessel) |
| **VIOLATIONS REGARDING TIME AND AREA RESTRICTIONS** | | | |
| All violations including, but not limited to: exemption areas, closed fisheries, area closures, closed seasons, restricted gear/management areas and Days at Sea violations. | $5,000 - $50,000 (and/or up to 90 day permit sanction or denial) | $30,000 - $80,000 (and/or up to 365 day permit sanction or denial) | $35,000 - Statutory Maximum (and/or up to permit revocation or denial) |

3                                                                                          (Revised 5/02)

| VIOLATION | VIOLATION HISTORY -- PENALTY AMOUNT | | |
|---|---|---|---|
| | FIRST | SECOND | THIRD |
| **VIOLATIONS REGARDING SIZE/CONDITION/QUANTITY OF FISH OR LANDING / POSSESSION REQUIREMENTS** | | | |
| All violations including, but not limited to: retaining, possessing or landing berried or v-notched or undersized lobsters; mutilated lobsters, speared lobster; removing eggs from berried lobsters; landing or possessing undersized fish or shellfish; container tagging; importing, exporting, landing, possessing or transferring undersized fish; landing in excess of an allocation; exceeding a possession or landing limit by 10% or more; and transferring fish at sea. | $5,000 - $50,000 (and/or up to 90 day permit sanction or denial) | $15,000 - $60,000 (and/or up to 365 day permit sanction or denial) | $30,000 - Statutory Maximum (and/or up to permit revocation or denial) |
| **VIOLATIONS REGARDING TRANSFER, PURCHASE, TRADE, SALE (AND ATTEMPTS)** | | | |
| All violations including, but not limited to: purchase, sale, offer for sale, transfer, trade, import or export, barter, any fish or lobster or parts thereof taken or retained illegally. (Technical or minor violations may result in a written warning, fix it ticket or summary settlement where appropriate for first, second and third time offenses.) | $5,000 - $50,000 (and/or up to 180 days permit sanction or permit denial) | $10,000 - $80,000 (and/or up to 365 permit sanction or permit denial) | $30,000 - Statutory Maximum (and/or up to permit revocation or denial) |

| VIOLATION | VIOLATION HISTORY -- PENALTY AMOUNT | | |
| --- | --- | --- | --- |
| | FIRST | SECOND | THIRD |
| Weakfish and Horseshoe Crab Fisheries violations including, but not limited to: purchase, sale, offer for sale, transfer, trade, import or export, barter, any fish or lobster or parts thereof taken or retained illegally. (Technical or minor violations may result in a written warning, fix it ticket or summary settlement where appropriate for first, second and third time offenses.) | $2,500-$15,000 | $5,000 - $25,000 | $15,000-Statutory Maximum |